RESOLUTION OF CLAIBORNE AUTOMOTIVE GROUP, L.L.C.

The below signed declare under penalty of perjury that Thomas G. Martin is the Managing Member of Claiborne Automotive Group, L.L.C., and that the following is a true and correct copy of the resolutions adopted by the membership of said limited liability company at a special meeting duly called and held on the 8th day of September, 2025.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved that Thomas G. Martin, Managing Member of this limited liability company, is authorized and directed to execute and deliver all documents necessary to carry out and perfect the intended purposes of the filing of a case under Chapter 7 of the United States Bankruptcy Code on behalf of the limited liability company; and

Be It Further Resolved that the said Thomas G. Martin is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that this limited liability company has employed, Thomas R. Willson, as its attorney to represent the limited liability company in such bankruptcy case."

/s/ Thomas Green Martin
Thomas Green Martin, Managing Member

Appears Thomas G. Martin, Managing Member of Claiborne Automotive Group, L.L.C., who does by his signature hereto certify that the above and foregoing is a true and correct copy of the Resolution mentioned and adopted in the preamble of this instrument, and that said Resolution has not been modified, cancelled nor rescinded.

THUS DONE AND SIGNED on this 8th day of September, 2025, at Shreveport, Louisiana.

/s/ Thomas Green Martin
Thomas Green Martin, Managing Member

I hereby certify that this document is a true and correct representation of the Resolution of this limited liability company as stated above.

Date: September 8th, 2025      /s/ Thomas Green Martin
                               Thomas Green Martin, Managing Member