Debtor name    Claiborne Automotive Group, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    25-11051

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from _Schedule A/B_.................................................................................   $     0.00

    1b. **Total personal property:**
       Copy line 91A from _Schedule A/B_.............................................................................   $     742,500.00

    1c. **Total of all property:**
       Copy line 92 from _Schedule A/B_................................................................................   $     742,500.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
    Copy the total dollar amount listed in Column A, _Amount of claim,_ from line 3 of _Schedule D_...................................   $     436,687.32

3.    **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of _Schedule E/F_..............................................   $     588,971.94

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of _Schedule E/F_...............................   +$     930,518.55

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $     1,956,177.81

Debtor name    Claiborne Automotive Group, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    25-11051

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Vera Bank | Checking | | $0.00 |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.       **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | Unknown |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**                                                                                    $0.00

      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** several motor vehicles | | $0.00 | | Unknown |

23.   **Total of Part 5.**                                                                                    $0.00

      Add lines 19 through 22.   Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☒ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☒ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** office furniture and equipment | $0.00 | | $7,500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42.    Copy the total to line 86.

    | | |
    |---|---|
    | | $7,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  3 vehicles including new Chevrolet Truck, new Yukon Denali, and 2021 Jeep in the possession of John Patrick Campbell, III, of 4303 Hwy 19, Zachary, La.,   and Lawrence Vaughn of 133 Railroad Ave, Mangham, La. | $0.00 | | Unknown |
| 47.2.  2024 Chevrolet Silverado | $0.00 | | $35,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.    Copy the total to line 87.

    | | |
    |---|---|
    | | $35,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** Claim to funds on deposit in Guaranty Bank (Ruston) which are collateral of Vera Bank | $700,000.00 |
| | **Nature of claim** | |
| | **Amount requested** $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** claim for reinsurance funds once resolved | Unknown |
| | **Nature of claim** | |
| | **Amount requested** $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

| 78. | **Total of Part 11.** | $700,000.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $700,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $742,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $742,500.00 |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

---

**2.1**   **GM Financial**
Creditor's Name

P.O. Box 182974
Arlington, TX 76096
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

| $52,097.92 | $0.00 |

---

**2.2**   **GM Financial**
Creditor's Name
801 Cherry Street
Suite 3600
Fort Worth, TX 76102
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2024 Chevrolet Silverado

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $35,000.00 |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 2.3 | Vera Bank | Describe debtor's property that is subject to a lien | $384,589.40 | $0.00 |
|---|---|---|---|---|

**Creditor's Name**

200 N Fredonia Street
Longview, TX 75601

Creditor's mailing address

_____ **Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No

**Last 4 digits of account number**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Vera Bank | Describe debtor's property that is subject to a lien | Unknown | $700,000.00 |
|---|---|---|---|---|

**Creditor's Name**

P.O. Box 1009
Henderson, TX 75653

Creditor's mailing address

Claim to funds on deposit in Guaranty Bank (Ruston) which are collateral of Vera Bank

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $436,687.32 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Audrey Dudley<br>1103 Drew Lane<br>Minden, LA 71055 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| Date or dates debt was incurred | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>P.O. Box 1214<br>Charlotte, NC 28201-1214 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $214,556.04 | $17,150.00 |
| Date or dates debt was incurred | Basis for the claim:<br>941 Payroll Withholding Taxes |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** Priority creditor's name and mailing address<br>Kathy Todd<br>1103 Frew Lane<br>Minden, LA 71055 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
| Date or dates debt was incurred | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,815.90 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|------------|-------|

**2.4** Priority creditor's name and mailing address
Louisiana Dept of Revenue &
Taxation
Bankruptcy Section
P.O. Box 201
Baton Rouge, LA 70821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$19,815.90    $0.00

Date or dates debt was incurred

Basis for the claim:
Withholding Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Louisiana Dept of Revenue &
Taxation
Bankruptcy Section
P.O. Box 201
Baton Rouge, LA 70821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$350,000.00    $0.00

Date or dates debt was incurred

Basis for the claim:
Sales Tax

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
Steven Kennedy
3985 Langham West Road
Orange, TX 77630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,300.00    $2,300.00

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
3-D Contracting Corp.
15004 Hwy 371 S
Taylor, AR 71861

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16.11

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
700 Credit
P.O. Box 101015
Pasadena, CA 91189

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,270.12

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.39 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|
|     | ABC Auto Parts<br>P.O. Box 3688<br>Longview, TX 75606 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.71 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|--------|
|     | Adrian Willis<br>3850 Pearson Street<br>Arcadia, LA 71001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services Rendered | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.65 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------|
|     | Advanced Automotive<br>7161 55th Street North<br>Saint Paul, MN 55128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services Rendered | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|
|     | Alldata<br>P.O. Box 848379<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Open Account | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $723.83 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|
|     | Allen Curry<br>65 Columbia Road 268<br>Magnolia, AR 71753 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services Rendered | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,653.05 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|     | Ally Dealer<br>P.O. Box 9001951<br>Louisville, KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Statutory Lien | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,710.33 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|------------|
|     | Ally Financial<br>P.O. Box 9001951<br>Louisville, KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
|     | **Date(s) debt was incurred** _ | **Basis for the claim:**  Payroll Lien | |
|     | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.83 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|
|      | Amber Lynn Ticheli<br>708 Carter Road<br>Downsville, LA 71234 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | **Date(s) debt was incurred** _ | **Basis for the claim:**  Services Rendered | |
|      | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,453.03 |
|---|---|---|---|
| | American Tire Distributors<br>P.O. Box 841780<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $484.79 |
|---|---|---|---|
| | Amy Lowrey<br>Haughton, LA 71037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $336.11 |
|---|---|---|---|
| | Andrew Basciano<br>725 Edgar Street<br>Bossier City, LA 71112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** Gap Cancel | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19.20 |
|---|---|---|---|
| | Andrew Plunket<br>6888 Hwy 4<br>Ringgold, LA 71068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $610.50 |
|---|---|---|---|
| | Angel Camp<br>375 Haynes Drive<br>Haynesville, LA 71038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $33.43 |
|---|---|---|---|
| | Angela Fields<br>1119 Crouch Street<br>Bastrop, LA 71220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,037.51 |
|---|---|---|---|
| | Ann Humphrey<br>614 Peach Tree Rd<br>Dubberly, LA 71024 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Cash Deal - No Title | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,993.00 |
|---|---|---|---|
| | April Etheridge<br>143 Gilder Ct.<br>Pike Road, AL 36064 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Ally Warranty & Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Claiborne Automotive Group, LLC | Case number (if known) | 25-11051 |
|---|---|---|---|

Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,819.05 |
|---|---|---|---|

April Ethridge
143 Gilder Ct
Pike Road, AL 36064

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Regional Deal - Not Titled

Is the claim subject to offset? ☒ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.09 |
|---|---|---|---|

Arbra Butler
9240 Hwy 80
Simsboro, LA 71275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $555.60 |
|---|---|---|---|

Ashley Casey
616 Goodwill Street
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.02 |
|---|---|---|---|

Ashley Nicole Dodds
168 D. White Road
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.24 |
|---|---|---|---|

Autum Wafer
2813 Hwy 163
Doyline, LA 71023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Barksdale Federal Credit Union
2701 Village Ln
Bossier City, LA 71112-2319

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** uest

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.07 |
|---|---|---|---|

Betty Ann Bortz
1800 Ridge Road
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,444.50 |
|---|---|---|---|

Betty Johnson
11152 Hwy 160
Shongaloo, LA 71072

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Cash Deal - no Title

Is the claim subject to offset? ☒ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.08 |
|---|---|---|---|
| | Billie Wyatt<br>143 Henderson Lane<br>Mansfield, LA 71052 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.59 |
|---|---|---|---|
| | Billy Cross, Jr.<br>919 South Main<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|
| | Bobby Morgan<br>302 Aspen Drive<br>Minden, LA 71055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.89 |
|---|---|---|---|
| | Bradley Glynn Matkin<br>3298 Cedar Grove Rd<br>Robeline, LA 71469 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27.40 |
|---|---|---|---|
| | Bradley Rogers<br>111 Maple Street<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,922.82 |
|---|---|---|---|
| | Brandee Bennett<br>934 Palm Street<br>Abilene, TX 79602 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** G<M Financial Deal - Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $520.95 |
|---|---|---|---|
| | Brandon Dewhart<br>3601 Dee St. # 168<br>Shreveport, LA 71105 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Warranty Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.97 |
|---|---|---|---|
| | Brenda Curlee<br>1453 Harmon Loop<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Warranty Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $525.14 |
|---|---|---|---|
| | Brenda Darrett<br>3512 Mackey LN<br>Shreveport, LA 71118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.40 |
|---|---|---|---|
| | Brenda Sparks<br>109 Andrews Lane<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28.58 |
|---|---|---|---|
| | Brent Williams<br>566 Claude Cox Rd<br>Shongaloo, LA 71072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.20 |
|---|---|---|---|
| | Brian Keith Sandlin<br>6947 Fuller Road<br>Cotton Valley, LA 71018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.61 |
|---|---|---|---|
| | Briana Lenay Kissie<br>293 Rodeo Drive<br>Frierson, LA 71027 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.74 |
|---|---|---|---|
| | Brittany Morgan<br>711 Dallas Road<br>Ringgold, LA 71068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.87 |
|---|---|---|---|
| | Brittany Rupert<br>167 Pierce Lane<br>Haynesville, LA 71038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.36 |
|---|---|---|---|
| | C F Biggs<br>P.O. Box 52928<br>Shreveport, LA 71135 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,220.66 |
|---|---|---|---|
| | Caden Long<br>763 Philpot Rd<br>West Monroe, LA 71292 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Regional Deal - Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.65 |
|---|---|---|---|
| | Calla Jones<br>7003 Hwy 80 #234<br>Ruston, LA 71270 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.65 |
|---|---|---|---|
| | Candace Roberson<br>2185 Bridges<br>Arcadia, LA 71001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,029.76 |
|---|---|---|---|
| | Capital One Auto Finance<br>P.O. Box 744777<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Capital Wholesale Group, LLC<br>3600 WQ Marshall Ave<br>Longview, TX 75604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Notice Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,950.00 |
|---|---|---|---|
| | Car Gurus<br>1001 Boylston St.<br>Boston, MA 02115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|
| | Carmedic<br>4521 Hedge Rd<br>Roxana, IL 62084 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $181.04 |
|---|---|---|---|
| | Caroline Boyd<br>1746 Church Avenue<br>Haynesville, LA 71038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4.57 |
|---|---|---|---|
| | Cecily Young<br>428 W 4th Street<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24.65 |
|---|---|---|---|
| | Charles Edward<br>215 Childs Road<br>Minden, LA 71055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54,781.42 |
|---|---|---|---|
| | Chase Visa<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.55 |
|---|---|---|---|
| | Cheryl Dyer<br>235 Lum Miller Rd<br>Shongaloo, LA 71072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42.15 |
|---|---|---|---|
| | Chloe Deleon<br>5465 Athens Avenue<br>Athens, LA 71003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $135.50 |
|---|---|---|---|
| | Chris Townsend<br>622 Manassas Circle<br>Bossier City, LA 71112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** GM Financial Deal Not Titled | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,481.30 |
|---|---|---|---|
| | Christy Willis<br>1431 Monroe Ave.<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Flagship Deal - Not Titled | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450.00 |
|---|---|---|---|
| | Cindy Scheer<br>229 Langley Rd.<br>Sarepta, LA 71071 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** | **Basis for the claim:** Ally Gap Not Paid | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,438.43 |
|---|---|---|---|

Cindy Scheer
229 Langley Rd
Sarepta, LA 71071

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Cap One Not Titled
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,725.11 |
|---|---|---|---|

Cintas Corp.
P.O. Box 650838
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.88 |
|---|---|---|---|

Clinton Hampton
157 Wiley Reno Rd
Gibsland, LA 71028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8.00 |
|---|---|---|---|

Connie Claville
757 Gidon Street
Shreveport, LA 71106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.00 |
|---|---|---|---|

Coordination Solutions
P.O. Box 238
Sibley, LA 71073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Open Account
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.63 |
|---|---|---|---|

Crow Burlingame
P.O. Box 111
Little Rock, AR 72203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,126.77 |
|---|---|---|---|

Crow Burlingame
P.O. Box 111
Little Rock, AR 72203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,502.53 |
|---|---|---|---|

Crump Oil, Inc.
352 Syca,more Street
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim:  Services Rendered
Is the claim subject to offset?  ☒ No   ☐ Yes

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Dana Moore<br>511 Olive<br>Magnolia, AR 71753 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $420.09 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Services Rendered_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Darrell Braggs<br>2320 Beacon Light Rd<br>Ruston, LA 71270 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $86.55 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Services Rendered_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Darrell Houston<br>108 Douthfield Rd. #133<br>Shreveport, LA 71105 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Services Rendered_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>David Johnson<br>149 Nelson Creek Road<br>Castor, LA 71016 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>David Soyle<br>1168 East Road<br>Sarepta, LA 71071 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16.37 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _S_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>David Tooke<br>508 Harding Blvd.<br>Mountain View, AR 72560 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $494.47 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Services Rendered_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Dealerslink, Inc.<br>11001 W. 120th Avenue, Suite 40<br>Broomfield, CO 80021 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,092.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _Services Rendered_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Debra Walker<br>2421 Fish Hatchery<br>Natchitoches, LA 71457 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $3,010.33 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** _TD Auto Deal Not Tilted_ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.33 |
|---|---|---|---|
| | Demarcus Smith<br>4033 Martha St.<br>Shreveport, LA 71109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.50 |
|---|---|---|---|
| | Derek London<br>155 Richard Hood Rd<br>Arcadia, LA 71001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | Don Bryant<br>535 Airport Loop<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Cancellation | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $951.34 |
|---|---|---|---|
| | Donna Wilson<br>4215 Dellwood Ave.<br>Shreveport, LA 71107 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chase Deal Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777.78 |
|---|---|---|---|
| | Dorothy Smith<br>3805 Merwin Street<br>Shreveport, LA 71109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629.88 |
|---|---|---|---|
| | Edward Jones<br>6902 W Canal Blvd<br>Shreveport, LA 71108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $676.60 |
|---|---|---|---|
| | Elizabeth Smith<br>224 Evan Robinson Rd<br>Homer, LA 71040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.86 |
|---|---|---|---|
| | Emmanuel Williams<br>201 14th Street<br>Huttig, AR 71747 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00 |
|---|---|---|---|

Erwin Darby
37.5 Lillian Street
Shreveport, LA 71109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,532.82 |
|---|---|---|---|

Exeter
P.O. Box 744714
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,278.00 |
|---|---|---|---|

Experian
P.O. Box 841971
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71.50 |
|---|---|---|---|

Fathy Yousef
1510 Sara Lane
Flint, TX 75762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,135.31 |
|---|---|---|---|

FedEx
P.O. Box 660481
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,806.73 |
|---|---|---|---|

First Investors Financial
P.O. Box 745446
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $21,305.81 |
|---|---|---|---|

Flagship Credit Acceptance
P.O. Box 744723
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,133.95 |
|---|---|---|---|

Flagship Credit Acceptance
P.O. Box 3807
Coppell, TX 75019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.80 |
| --- | --- | --- | --- |
| | Frances Fowler<br>202 Pine Lake Drive<br>Haughton, LA 71037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129.26 |
| --- | --- | --- | --- |
| | Genevaylon Amos<br>278 Malone Road<br>Arcadia, LA 71001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.25 |
| --- | --- | --- | --- |
| | George Woodcock<br>622 Manassas Circle<br>Bossier City, LA 71112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** S | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.07 |
| --- | --- | --- | --- |
| | Georgia McBride<br>109 B Pine Valley<br>Magnolia, AR 71753 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chase Deal Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.74 |
| --- | --- | --- | --- |
| | Gertie Duke<br>278 Dansby Road<br>Athens, LA 71003 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $354.17 |
| --- | --- | --- | --- |
| | Glenn Kientz<br>1303 Violet Ave.<br>Bossier City, LA 71112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,185.58 |
| --- | --- | --- | --- |
| | Global Lending Solutions<br>P.O. Box 744720<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,185.58 |
| --- | --- | --- | --- |
| | Global Lending Solutions<br>P.O. Box 744720<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $222.50 |
|---|---|---|---|
| | Gordon's Towing | | |
| | 4026 Harris Rd. | ☐ Contingent | |
| | Homer, LA 71040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Great America Financial | | |
| | 625 First St. SE | ☐ Contingent | |
| | Cedar Rapids, IA 52401 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Judgment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,860.80 |
|---|---|---|---|
| | Great America Leasing Co | | |
| | P.O. Box 660831 | ☐ Contingent | |
| | Dallas, TX 75266 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,802.55 |
|---|---|---|---|
| | Heberts Town and Country | | |
| | 1155 East Bert Kouns Ind. Loop | ☐ Contingent | |
| | Shreveport, LA 71105 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $70.31 |
|---|---|---|---|
| | Helen Hayes | | |
| | 147 Helen Johnson Road | ☐ Contingent | |
| | Summerfield, LA 71079 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94.12 |
|---|---|---|---|
| | Heriberto Molina Reyes | | |
| | 1305 Hwy 537 | ☐ Contingent | |
| | Plain Dealing, LA 71064 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.25 |
|---|---|---|---|
| | Heritage Crystal Clean LLC | | |
| | 13621 Collections Center Dr. | ☐ Contingent | |
| | Chicago, IL 60693 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|---|---|---|---|
| | Hodges & Wreyford | | |
| | 920 Pierremont Dr. | ☐ Contingent | |
| | Shreveport, LA 71106 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

Homenet
P.O. Box 935242
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.61 |
|---|---|---|---|

Homer Electric Co.
P.O. Box 118
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.48 |
|---|---|---|---|

Huey Dyess, Jr.
524 Deerwood Lane
Haughton, LA 71037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89.50 |
|---|---|---|---|

Jack Owens
166 Pine Street
Ruston, LA 71270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.30 |
|---|---|---|---|

Jacob Tinsley
5336 Harris Road
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.09 |
|---|---|---|---|

Jalisa Mosby
1583 Greer Road
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.31 |
|---|---|---|---|

James Carwile
1642 Hwy 200
Rosston, AR 71858

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446.69 |
|---|---|---|---|

James Culverhouse
1702 Evans St.
Marshall, TX 75670

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Warranty Cancellation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $106.50 |
|---|---|---|---|

James Kearby Aldridge
9105 Southwood Street
Shreveport, LA 71118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.05 |
|---|---|---|---|

James Randle Cottrell, Jr.
1312 Reed Street
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $105.00 |
|---|---|---|---|

Jamison Maynor
806 Spring Street
Springhill, LA 71075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $683.53 |
|---|---|---|---|

Janite Sledge
1123 S West Avenue
El Dorado, AR 71730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.95 |
|---|---|---|---|

Jarrod Williams
1609 Ringgold Avenue
Coushatta, LA 71019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $77.00 |
|---|---|---|---|

Jeremiah Larue
154 Bellavista Loop
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.92 |
|---|---|---|---|

Jeremy Cooper
738 Hwy 802
Sarepta, LA 71071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26.40 |
|---|---|---|---|

Jeremy Wells
1254 Fish Hatchery Road
Natchitoches, LA 71457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| | | |
|---|---|---|
| **3.123** | **Nonpriority creditor's name and mailing address** | $138.23 |

**3.123** Nonpriority creditor's name and mailing address
Jerrie Jenkins
203 Brandon Lane
El Dorado, AR 71730                                        $138.23

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

**3.124** Nonpriority creditor's name and mailing address
Jerry Dunn, Jr.
918 Main Street
Homer, LA 71040                                           $2,287.56

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: GM Financial - Not Titled
Is the claim subject to offset? ☒ No ☐ Yes

**3.125** Nonpriority creditor's name and mailing address
Jessica Casey
1711 Camp Avenue
Haynesville, LA 71038                                     $87.67

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

**3.126** Nonpriority creditor's name and mailing address
Jessica N, Webb
114 Jefferson Street
Homer, LA 71040                                           $156.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

**3.127** Nonpriority creditor's name and mailing address
JoAnna Cottrell
1338 Main Street
Haynesville, LA 71038                                     $20.20

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

**3.128** Nonpriority creditor's name and mailing address
Jodi Avant
5778 Hwy 80
Princeton, LA 71067                                       $9.78

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

**3.129** Nonpriority creditor's name and mailing address
Joe Thompson
755 Liberty Hill Rd.
Homer, LA 71040                                           $1,671.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Ally Warranty Not Paid
Is the claim subject to offset? ☒ No ☐ Yes

**3.130** Nonpriority creditor's name and mailing address
John Dobson Maynor
219 Doves Rest
Homer, LA 71040                                           $107.21

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _
Basis for the claim: Services Rendered
Is the claim subject to offset? ☒ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $422.64 |
|---|---|---|---|

John Lewis
1411 Mark Ave
Bossier City, LA 71112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.56 |
|---|---|---|---|

John Lofton
296 Webb Lofton Road
Dubberly, LA 71024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,004.64 |
|---|---|---|---|

John Norful
405 S Plum
Junction City, AR 71749

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TD Auto Deal Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

John Patrick Campbell, III
4303 Hwy. 19

Zachary, LA 70791

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,701.63 |
|---|---|---|---|

Johniece Whitehead
5391 Hwy 2
Sarepta, LA 71071

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Chase Deal Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,601.58 |
|---|---|---|---|

Joseph Dennis
1980 Columbia Rd #11 E
Magnolia, AR 71753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.77 |
|---|---|---|---|

Joseph Dubose
2425 Walnut Road
Sarepta, LA 71071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.52 |
|---|---|---|---|

Joshua Nix
1225 Hwy 128
Sparkman, AR 71763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,193.41 |
|---|---|---|---|

JPS Ford
224 Gap Farms Road
Arcadia, LA 71001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.30 |
|---|---|---|---|

Juanita Turner
2905 Meadow Avenue
Shreveport, LA 71108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.61 |
|---|---|---|---|

Julius King
125 Regina Drive
West Monroe, LA 71292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.96 |
|---|---|---|---|

Julius Walker
232 Airport Loop
Homerse, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $718.61 |
|---|---|---|---|

Justin King
125 Regina Dr.
West Monroe, LA 71292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Gap Cancel

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.25 |
|---|---|---|---|

Justin Marcum
127 County Rd 3131
De Berry, TX 75639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Cancellation

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.46 |
|---|---|---|---|

Jylon Amir Fields
1792 Thomas Street
Marion, LA 71260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,842.50 |
|---|---|---|---|

Kacee Manuel
1235 Johnson Rd
Doyline, LA 71023

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Capital One Not Titled

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,107.00 |
|---|---|---|---|

Karolin Harper
159 Franklin Estates
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Ally Warranty Not Paid

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $956.00 |
|---|---|---|---|

Kassidy Staten
549 Harvey Ave
Sterlington, LA 71280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Cancellation

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $442.22 |
|---|---|---|---|

Kathleen Bonner
2083 38th St
Mandan, ND 58554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.64 |
|---|---|---|---|

Kedrick Walter
1111 Arlington Street
Ruston, LA 71270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15.48 |
|---|---|---|---|

Keiahara Green
1499 Springlake Road
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.25 |
|---|---|---|---|

Kelsey Pearson
4885 FM 726 South
Gilmer, TX 75645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.99 |
|---|---|---|---|

Kenya McNea
411 Railroad Street
Bernice, LA 71222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $253.33 |
|---|---|---|---|

Kevin Cheatham
1957 Mill St.
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  Gap Cancel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,224.24 |
|---|---|---|---|

Kevin McCourt
11867 Homeport Dr.
Maurepas, LA 70449

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Cash Deal Not Titled

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.65 |
|---|---|---|---|

Kimberly Ann Martin
1276 Goodwill Road
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,401.00 |
|---|---|---|---|

Kimberly Hall
104 E Pine St.
Taylor, AR 71861

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Ally Gap & Warranty Not Paid

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.00 |
|---|---|---|---|

Kimberly Patten
5969 Hwy 154
Jamestown, LA 71045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $158.84 |
|---|---|---|---|

KRC Custom Manufacturing, Inc.
1830 White Oak Raod
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $261.04 |
|---|---|---|---|

Kristi London
155 Richard Hood Rd.
Arcadia, LA 71001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Gap Cancel

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.44 |
|---|---|---|---|

LaFrederick Hill
513 Baker Street
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,665.00 |
|---|---|---|---|

Laken Bernard
631 W 3rd St.
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Ally Warranty Not Paid

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,744.00 |
|---|---|---|---|

Laken Bernard
631 W 3rd Street
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TD Auto Deal Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,035.71 |
|---|---|---|---|

Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $34.20 |
|---|---|---|---|

Larry Norwood
752 Beverly Drive
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23.54 |
|---|---|---|---|

LaShawn Abbott
610 E. 4th Street
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.50 |
|---|---|---|---|

LaTonya Baker
1957 Beech Street
Arcadia, LA 71001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Lawrence Vaughn
133 Railroad Ave.
Mangham, LA 71259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,259.33 |
|---|---|---|---|

Leaf
629 Putney Rd
Brattleboro, VT 05302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $163.55 |
|---|---|---|---|

LeQurisha Hill Lorey
1415 Airport Loop
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address**<br>Lester Scott<br>118 Emma Rd<br>Minden, LA 71055 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $119.09 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.172 | **Nonpriority creditor's name and mailing address**<br>Letrell Johnson<br>9351 Poppy Circle<br>Shreveport, LA 71118 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $391.67 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.173 | **Nonpriority creditor's name and mailing address**<br>Letrell Johnson<br>9351 Poppy Circle<br>Shreveport, LA 71118 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $328.29 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Cancellation |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.174 | **Nonpriority creditor's name and mailing address**<br>Lexus of Shreveport<br>2901 Benton Rd.<br>Bossier City, LA 71111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,983.47 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.175 | **Nonpriority creditor's name and mailing address**<br>Lillian Aldridge<br>606 Maplewood Drive<br>Bossier City, LA 71111 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $746.67 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.176 | **Nonpriority creditor's name and mailing address**<br>Linda Bailey<br>6989 Hwy. 9<br>Homer, LA 71040 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $276.08 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Chase Deal Not Titled |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.177 | **Nonpriority creditor's name and mailing address**<br>Lloyd Watkins<br>5920 Southern Avenue<br>Shreveport, LA 71106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3.92 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.178 | **Nonpriority creditor's name and mailing address**<br>Lucretia Dunn<br>1804 Carters Ferry<br>Marshall, TX 75670 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,061.25 |
|---|---|---|---|
|  | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered |  |
|  | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |  |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.60 |
|---|---|---|---|

Marcia Pritchett
775 Evangeline Drive
Arcadia, LA 71001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.04 |
|---|---|---|---|

Marilyn McNeal
664 Springlake Road
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |
|---|---|---|---|

Martin and McKee
5136 Hwy 79
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Past Due Rent

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.52 |
|---|---|---|---|

Marvin Capers
406 Carter Drive
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $184.61 |
|---|---|---|---|

Mary Applewhite
826 Zion Drive
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Mary Peterson
245 E Eagan Street
Shreveport, LA 71101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Gap Cancel

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,678.77 |
|---|---|---|---|

McCauley Services
P.O. Box 60
Bryant, AR 72089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Open Account

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,678.77 |
|---|---|---|---|

McCauley Services
P.O. Box 60
Bryant, AR 72089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Open Account

Is the claim subject to offset? ☒ No ☐ Yes

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $263.21 |
|---|---|---|---|

Melissa Neilson
110 South Perrin St.
Plain Dealing, LA 71064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Warranty Cancellation

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,750.28 |
|---|---|---|---|

Michael Aho
1702 S L St.
Tacoma, WA 98405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** TD Auto Deal Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $74.36 |
|---|---|---|---|

Michael Braswell
8755 Magnolia Hwy
El Dorado, AR 71730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22.50 |
|---|---|---|---|

Michael Rudd
509 Burgessville Road
Ruston, LA 71325

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.61 |
|---|---|---|---|

Michelle Green
230 Tidwell Street
Stephens, AR 71764

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4.11 |
|---|---|---|---|

Mighty Auto Parts
P.O. Box 921
Olla, LA 71465

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31.66 |
|---|---|---|---|

Mitchell Wayne Branch
1905 Honeytree Trail
Haughton, LA 71037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11.27 |
|---|---|---|---|

Morgan Briggs
411 Old Town Road
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80.91 |
|---|---|---|---|

Myshundra L. Eleam
538 Woodhave Drive
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,633.45 |
|---|---|---|---|

Natashia Mitchell
8709 Yancy Place
Shreveport, LA 71108

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Chse Deal Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

Nathan Hammett
7079 Hwy 154
Jamestown, LA 71045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.70 |
|---|---|---|---|

Nathaniel Jackson
222 Johnson Street
Haughton, LA 71037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.86 |
|---|---|---|---|

National Credit Center
P.O. Box 740285
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $66.05 |
|---|---|---|---|

Noelle Moore
682 Arizona Road
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26.31 |
|---|---|---|---|

Norah Banks, Jr.
1882 Hwy 520
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,275.00 |
|---|---|---|---|

Ntiva
7900 Westpark Dr., Suite A100
Mc Lean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $600.00

Omega Entertainment
P.O. Box 2093
Ruston, LA 71273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.76

Pamela Sue Ratliff
710 N. Acres Lane
Springhill, LA 71075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.00

Patricia Collins
168 Collins Road
Jena, LA 71342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $87.59

Paul Pitts, Jr.
1569 Mt. Sinai Road
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $328.29

Peter Carter
1037 Pilgrim Rest Rd.
Doyline, LA 71023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,584.04

Peyton Peevy
706 Nella Street
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Capital One Not Titled

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.65

Phillip Dison
248 Proctor Road
Spearsville, LA 71277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.70

Pitney Bowes Global Finance
P.O. Box 981022
Boston, MA 02298

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.33 |
|---|---|---|---|

Quincy Turner
2129 Henderson Lane
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.25 |
|---|---|---|---|

Quinton Wade
1302 Jefferson Street
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.09 |
|---|---|---|---|

Ramona Hanson
623 Airport Loop
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6.46 |
|---|---|---|---|

Raven Allen
12100 Hwy 518
Lisbon, LA 71048

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6.62 |
|---|---|---|---|

Rayfield R. Jones
2161 Burson Road
Heflin, LA 71039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

Reagan Stanford
154 Bellavista Loop
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,170.00 |
|---|---|---|---|

Red Peach Radio
P.O. Box 430
Ruston, LA 71273

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $218.75 |
|---|---|---|---|

Reece Horton
164 Malone Rd.
Plain Dealing, LA 71064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85,714.16 |
|---|---|---|---|
| | Regional Acceptance Corp | | |
| | P.O. Box 744773 | ☐ Contingent | |
| | Atlanta, GA 30374 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,066.64 |
|---|---|---|---|
| | Regional Acceptance Corp | | |
| | P.O. Box 580226 | ☐ Contingent | |
| | Charlotte, NC 28289 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,520.88 |
|---|---|---|---|
| | Reyna Capital Corporation | | |
| | P.O. Box 674275 | ☐ Contingent | |
| | Dallas, TX 75267 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Open Account_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,037.37 |
|---|---|---|---|
| | Reynolds & Reynolds | | |
| | P.O. Box 182206 | ☐ Contingent | |
| | Columbus, OH 43218 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Services Rendered_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.59 |
|---|---|---|---|
| | Richard Allums | | |
| | 104 Country Lane | ☐ Contingent | |
| | Coushatta, LA 71019 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Services Rendered_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.96 |
|---|---|---|---|
| | Richard Brazzel | | |
| | 504 Silmon Road | ☐ Contingent | |
| | Downsville, LA 71234 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Services Rendered_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|
| | Richard Shannon Jones | | |
| | 4713 Old Brownlee Road | ☐ Contingent | |
| | Bossier City, LA 71111 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Services Rendered_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $126.50 |
|---|---|---|---|
| | Rita Mathews | | |
| | 510 Eugene garrett | ☐ Contingent | |
| | Winnfield, LA 71483 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Services Rendered_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.05 |
|---|---|---|---|
| | Robert Dowling | | |
| | 10573 Hwy 80 | ☐ Contingent | |
| | Simsboro, LA 71275 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Refund of Insurance | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,646.09 |
|---|---|---|---|
| | Roger Honeycut | | |
| | 539 Airport Loop | ☐ Contingent | |
| | Homer, LA 71040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Ally Gap Cancel & Capital One Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20.69 |
|---|---|---|---|
| | Ronnie Walker | | |
| | 229 Oil Mill Street | ☐ Contingent | |
| | Homer, LA 71040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $773.33 |
|---|---|---|---|
| | Roytavious Drake | | |
| | 283 Lewis Way Ln | ☐ Contingent | |
| | Homer, LA 71040 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.75 |
|---|---|---|---|
| | Russell Cummings | | |
| | 8633 Hwy 371 | ☐ Contingent | |
| | Sibley, LA 71073 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,416.95 |
|---|---|---|---|
| | Russell Self | | |
| | 6277 Bain Blvd. | ☐ Contingent | |
| | Keithville, LA 71047 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** TD Auto Deal Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8.00 |
|---|---|---|---|
| | Shakeyshia Patterson | | |
| | 148 Madden Road | ☐ Contingent | |
| | Arcadia, LA 71001 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9.45 |
|---|---|---|---|
| | Shane McKenzie | | |
| | 336+ Smith Loop | ☐ Contingent | |
| | Sarepta, LA 71071 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Claiborne Automotive Group, LLC | Case number (if known) | 25-11051 |
|--------|------------------------------------|------------------------|----------|
| | Name | | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.40 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

Shaniecia Fields
5610 Buncombe Rd.
Apt 903
Shreveport, LA 71129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $706.67 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

Shanika Harris
118 Mallard Fuller Dr.
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87.90 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

Sharon Kearney
183 Waddey Street
Sarepta, LA 71071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.45 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

Shawanda Debose
1100 Goodman Street
Plain Dealing, LA 71064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.14 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

Shawn Alan Kotal
4908 General Rusk Road
Bossier City, LA 71112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $552.78 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

Shayna Thomas
1303 Howard St.
Minden, LA 71055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Gap Cancel

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

Sincro LLC
25455 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.05 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|

Sky Jones
406 Foxtrot
Mansfield, LA 71052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.243 | **Nonpriority creditor's name and mailing address**<br>Southern Vehicle Accessories<br>3175 Satellite Blvd. #340<br>Duluth, GA 30096 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $368.75 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address**<br>Specmo Enterprise<br>1200 East Avis<br>Madison Heights, MI 48071 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,163.50 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address**<br>Stacey Henry<br>8830 Stonelake<br>Shreveport, LA 71108 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83.99 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address**<br>Stacy Gilmore<br>2752 Hwy 615<br>Haynesville, LA 71038 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11.88 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address**<br>Stacy Willis<br>533 Natural Gas Road<br>Logansport, LA 71049 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $700.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Gap Cancel | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address**<br>Stephen Gleason<br>355 Graham Rd.<br>Simsboro, LA 71275 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,750.82 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Chase Deal Not Titled | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address**<br>Strictly Results Marketing<br>14035 Waterstone Drive<br>Riverview, FL 33578 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $309.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Services Rendered | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.250 | **Nonpriority creditor's name and mailing address**<br>Superior Automotive, LLC<br>4303 Hwy. 19<br>Zachary, LA 70791 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Open Account | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $92.60 |
|---|---|---|---|

Susan Herring
231 North Main Street
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,071.79 |
|---|---|---|---|

Tamika Waller
8160 Hwy. 534
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Chase Deal Not Titled

Is the claim subject to offset? ☒ No ☐ Yes

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

Target Glass
P.O. Box 21
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No ☐ Yes

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231.88 |
|---|---|---|---|

Taylor Pate
1727 McCullin Road
Dubach, LA 71235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,632.18 |
|---|---|---|---|

TD Auto Finance
P.O. Box 9218
Farmington, MI 48333

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No ☐ Yes

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,230.02 |
|---|---|---|---|

TD Auto Finance
P.O. Box 744993
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Open Account

Is the claim subject to offset? ☒ No ☐ Yes

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $231.88 |
|---|---|---|---|

Teddy Fincher
1727 McCullin Road
Dubach, LA 71235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|

Teddy Fincher
16493 Hwy 151
Arcadia, LA 71001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Services Rendered

Is the claim subject to offset? ☒ No ☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.80 |
|---|---|---|---|

Teresa Murray
510 Torbert Drive
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,418.37 |
|---|---|---|---|

Teri Waganer
410 Bream Island Rd.
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Chase Deal Not Titled

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33,097.00 |
|---|---|---|---|

Terraboost Media
2232 Dell Range Blvd
Suite 202
Cheyenne, WY 82009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Open Account

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11.60 |
|---|---|---|---|

Terrance Ivory
123 Cypress Street
Bernice, LA 71222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24.91 |
|---|---|---|---|

Terri Tommer
6800 Hwy 79
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8.07 |
|---|---|---|---|

Terrie McGee
272 Hearn Road
Shongaloo, LA 71072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $253.33 |
|---|---|---|---|

Terry Cheatham
1957 Mill St
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Gap Cancel

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12.58 |
|---|---|---|---|

Terry Richard
445 Ervin Cotton Road
Eros, LA 71238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,391.60 |
|---|---|---|---|

Text2drive
2035 Lakeside Centre Way
Suite 100
Knoxville, TN 37922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $700.84 |
|---|---|---|---|

Thomas Bursey
18922 Hwy 2
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37.88 |
|---|---|---|---|

Thomas McKnight
2469 Dawson W
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $934.30 |
|---|---|---|---|

Tirehub
29778 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Open Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24.85 |
|---|---|---|---|

Tommy Austin
132 Meadows Lane
Homer, LA 71040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.20 |
|---|---|---|---|

Toriano Lewis
503 Elm Street
Bernice, LA 71222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8.00 |
|---|---|---|---|

Town of Haynesville
1711 Main Street
Haynesville, LA 71038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Services Rendered_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $853.33 |
|---|---|---|---|

Travelle Mitchell
4025 Golf Links Blvd.
Shreveport, LA 71109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Gap Cancel_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

**3.275**

**Nonpriority creditor's name and mailing address**
Trenton Thompson
706 Nella Street
Minden, LA 71055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**  Chase Deal Not Titled

Is the claim subject to offset?  ☒ No   ☐ Yes

$3,486.90

---

**3.276**

**Nonpriority creditor's name and mailing address**
Tyler Kearney
2561 Jack Martin Road
Minden, LA 71055

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$4.69

---

**3.277**

**Nonpriority creditor's name and mailing address**
Tyler Langley
501 Herrington Rd. #14
Springhill, LA 71075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$25.56

---

**3.278**

**Nonpriority creditor's name and mailing address**
Unifirst Holdings
P.O. Box 650481
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Sales Tax

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,274.30

---

**3.279**

**Nonpriority creditor's name and mailing address**
Venson Drew
1694 Richardson Loop
Homer, LA 71040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$24.11

---

**3.280**

**Nonpriority creditor's name and mailing address**
Vera Bank, N.A
P.O. Box 1009
Henderson, TX 75653

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.281**

**Nonpriority creditor's name and mailing address**
Vicki Crew
939 MLK Street
Homer, LA 71040

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Gap Cancel

Is the claim subject to offset?  ☒ No   ☐ Yes

$705.96

---

**3.282**

**Nonpriority creditor's name and mailing address**
VIN Solutions
P.O. Box 935595
Atlanta, GA 31193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services Rendered

Is the claim subject to offset?  ☒ No   ☐ Yes

$5,166.00

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81.83 |
|---|---|---|---|

**3.283**

Nonpriority creditor's name and mailing address
Virgina B. McDonald
3671 Park Drive
Haynesville, LA 71038

As of the petition filing date, the claim is: *Check all that apply.* $81.83
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.284**

Nonpriority creditor's name and mailing address
Vivian Moffett
1404 Pearl Street
Homer, LA 71040

As of the petition filing date, the claim is: *Check all that apply.* $78.22
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Services Rendered

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.285**

Nonpriority creditor's name and mailing address
Wells Fargo
P.O. Box 842840
Los Angeles, CA 90084

As of the petition filing date, the claim is: *Check all that apply.* $44,964.57
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.286**

Nonpriority creditor's name and mailing address
Whites Distributing
404 Underwood Street
Farmerville, LA 71241

As of the petition filing date, the claim is: *Check all that apply.* $405.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.287**

Nonpriority creditor's name and mailing address
Wholesale Remarketing
2421 1st Avenue South
Billings, MT 59101

As of the petition filing date, the claim is: *Check all that apply.* $150.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.288**

Nonpriority creditor's name and mailing address
Yellow Rose Auto Keys
807 Booth Dr.
Shreveport, LA 71107

As of the petition filing date, the claim is: *Check all that apply.* $320.00
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Open Account

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Barksdale Federal Credit Union<br>c/o Rogers, Carter & Payne<br>4415 Thornhill Avenue<br>Second Floor, Suite A<br>Shreveport, LA 71106 | Line  3.24 <br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.3 | IRS<br>Memphis, TN 37501 | Line 2.2<br>☐ Not listed. Explain ____ | _ |
| 4.4 | The Leviton Law Firm<br>One Pierce Place, Suite 725 W<br>Itasca, IL 60143 | Line 3.222<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 588,971.94 |
| **5b. Total claims from Part 2** | 5b. + | $ | 930,518.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,519,490.49 |

Fill in this information to identify the case:

Debtor name    Claiborne Automotive Group, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    25-11051

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining    pending cancellation | |
| List the contract number of any government contract | General Motors Franchise Agreement |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Executory Contract | |
| State the term remaining | |
| List the contract number of any government contract | Reynolds & Reynolds<br>P O Box 182206<br>Columbus, OH 43218 |

Fill in this information to identify the case:

Debtor name _Claiborne Automotive Group, LLC_

United States Bankruptcy Court for the: _WESTERN DISTRICT OF LOUISIANA_

Case number (if known) _25-11051_

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Thomas G. Martin | 3117 West 70th Street<br>Shreveport, LA 71108 | Vera Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Debtor name   Claiborne Automotive Group, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   25-11051

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other _____ | Unknown |
| For prior year: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | Unknown |
| For year before that: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | Unknown |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Michael Pearson 3600 W Marshall Ave Longview, TX 75604 managed business within last year attempting to purchase it | unknown | Unknown | |
| 4.2. Lawrence Vaughn and Patrick Campbell | managed business during last year in attempt to purchase | Unknown | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. GreatAmerica Financial Services Corporation vs. Claiborne Automotive Group, LLC LACV108604 | Collection | Iowa District Court in and for Linn County | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. Vera Bank versus Capital Wholesale Group, LLC, et al 2025-1381 CCL2 | Civil | County Court, Gregg County, Texas | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. Vera Bank versus Capital Wholesale Group, LLC, et al 25-ap-6006 | Civil | US Bankruptcy Court - EDTX-Tyler Division | ☐ Pending ☐ On appeal ☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4.  JPS Motors, et al versus Superior Automotive Group, LLC, et al<br>C-46680-B | Civil | | ☐ Pending<br>☒ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     October 6, 2025

/s/    Thomas Green Martin             Thomas Green Martin
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes