PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 SECTION 341 MEETING
DATE ___10/13/2025, 2:00 p.m.___

IN RE: Claiborne Automotive Group, LLC                          CASE NO. 25-11051

APPEARANCES:
(✓) DEBTOR 1                                    ( ) DEBTOR 2 (WIFE IN JOINT CASES)
    (✓) Required Picture I.D. produced          ( ) Required Picture I.D. produced
    ( ) Required SSN verification produced       ( ) Required SSN verification produced
    ( ) Pay advices received                     ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed

Tax returns received for _____2024_____ (years) on __10/8/25__

Financial Documents were ( ) retained by trustee ( ) returned to debtor(s)

(✓) DEBTOR'S REPRESENTATIVE: _____

(✓) ATTORNEY FOR DEBTOR(S): _____

( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, has debtor completed pro se form?

(✓) THE MEETING OF CREDITORS WAS HELD.

( ) THE MEETING OF CREDITORS WAS NOT HELD (see additional notes).

( ) THE MEETING OF CREDITORS WAS NOT CONCLUDED AND IS CONTINUED TO THE ____
DAY OF _____, 20___ AT _____O'CLOCK ___.M.

YES ( ) NO ( ) Attorney for debtor filed statement of compensation pursuant to 11 U.S.C. 329?

CREDITOR(S) _Scott Lauie for Superior Automotive Group - Seth Mayers_
_for Onbsoland Bank; Owen Bancock + Britt Bunson for Wells Bank;_
_Richard Brent Chr atty for Capital Wholesale; Jon Moore WichaBank_

DEBTOR(S) REQUIRED TO: _Michael Pearson_
( ) AMEND Schedules and Statements within ____ days of 341(a) Meeting.

OTHER _____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____
_____

ADDITIONAL NOTES: _____
_____

DATED: October 13, 2025

_____
JOHN W. LUSTER, PRESIDING OFFICER

Track # ___2___ or Tape # _____ Side _____ Counter Start # _____