IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:

Claiborne Automotive Group, LLC,        CASE NO: 25-11051

Debtor.                                  Chapter 7

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 FILED BY AMERICREDIT FINANCIAL SERVICES, INC.

**NOW COMES** AmeriCredit Financial Services, Inc. dba GM Financial ("Movant"), a secured creditor herein, and moves the Court, pursuant to 11 U.S.C. §§ 362(d), FEDERAL RULES OF BANKRUPTCY PROCEDURE 4001(a)(1) and 9014, and Local Bankruptcy Rule 4001-1(a), et seq., for entry of an order granting it relief from the automatic stay, and as grounds therefore, shows as follows:

I. **PRELIMINARY STATEMENT OF RELIEF REQUESTED**

1. On September 8, 2025, Claiborne Automotive Group, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2. This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§ 157, 1334, and 11 U.S.C. § 1324.

II. **FACTUAL AND PROCEDURAL BACKGROUND**

3. Movant is a secured creditor of Debtor as evidenced by that certain Retail Installment Sale Contract dated October 6, 2023 (the "Note"), which has been assigned to MOVANT, for the purchase of a 2023 Chevrolet Silverado bearing Vehicle Identification Number 3GCUDFED8PG280762 (the "'Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4. Movant has a perfected security interest in the Collateral, as noted on the face of the Certificate of Title for the Collateral (the "Certificate of Title"). A true and correct copy of the Certificate of Title is attached hereto as **Exhibit "B."**

5. As of November 10, 2025, Debtor's account was past due for August 2025 through October 2025 in the amount of $4,685.32, with the outstanding balance under the Note being $29,582.32. *See* Affidavit of Movant attached hereto as **Exhibit "C."**

6. The replacement value of the Collateral is $48,975.00. *See* **Exhibit "C."**

### III. BASIS FOR RELIEF

7. Based upon the Debtor's default under the terms of the Note, Movant seeks relief from the automatic stay pursuant to 11 U.S.C. § 362 in order to pursue its rights and remedies under state law, including but not limited to, its rights to foreclose its security interest in the Collateral.

8. Section 362(d) sets forth the standards for determining whether relief from stay is appropriate. Section 362(d) states:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
> (1) for cause, including lack of adequate protection of an interest in property of such party in interest;
>
> (2) with respect to a stay of an act against property under subsection (a) of this section, if-
>
>     (A) the Debtor does not have an equity in such property; and
>
>     (B) such property is not necessary to an effective reorganization;

11 U. S. C. § 362.

9. MOVANT has not received, and the Debtor has not agreed to provide, any further adequate protection of MOVANT's interest in the Collateral. Therefore, MOVANT is not adequately protected with respect to the Collateral.

10. MOVANT requests that the order granting relief from stay be effective and enforceable immediately upon entry, and any stay of orders provided for in FED. R. BANKR. P. 4001(a)(3) and/or any other provision of the Bankruptcy Code or FEDERAL RULES OF BANKRUPTCY PROCEDURE shall not apply.

**WHEREFORE, PREMISES CONSIDERED**, AmeriCredit Financial Services, Inc. dba GM Financial prays that the Motion filed herein by it be granted in all respects, and that this Court enter an Order terminating the stays provided under §362 of the Bankruptcy Code in order to permit Movant to exercise its in rem contractual rights against the Debtor, and all remedies available against Debtor pursuant to the terms and provisions of the Note involved in this action.

This, the 26th day of November, 2025.

Respectfully submitted,

*/s/ Christopher Meyer*
Christopher D. Meyer (LA Bar #35917)
*Attorney for AmeriCredit Financial Services, Inc. dba GM Financial*

**OF COUNSEL:**
Burr & Forman, LLP
The Pinnacle at Jackson Place
190 East Capitol Street, Suite M-100
Jackson MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served on this 26th day of November 2025, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtor:**
Claiborne Automotive Group, LLC
3117 W. 70th Street
Shreveport, LA 71108

**Attorneys for Debtor:**
Thomas R. Willson
Rocky Willson
Attorney & Counselor at Law
1330 Jackson Street
Alexandria, LA 71301

**Trustee:**
John W. Luster
P.O. Box 488
Natchitoches, LA 71458-0488

**U.S. Trustee:**
Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

                                           */s/ Christopher D. Meyer*_____
                                           OF COUNSEL