# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | TITLE NUMBER | DATE ISSUED | |
|---|---|---|---|
| 3GCUDFED8PG280762 | K7730585 | 09/12/2025 | |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| CHEV | | PK | BLK/ | 2023 | 10/06/2023 | 5 | N |

* * MAIL TO * *     1L

GM FINANCIAL

P O BOX 1510
COCKEYSVILLE    MD    21030

* * OWNER * *
CLAIBORNE AUTOMOTIVE GROUP LLC

3117 WEST 70TH ST
SHREVEPORT        LA    71108

---

(LIEN)                DATE

                   10/06/2023
GM FINANCIAL
P O BOX 1510
COCKEYSVILLE    MD    21030

First Lien Released _____ Date _____

Lienholder

By _____ Authorized Representative

Second Lien Released _____ Date _____

Lienholder

By _____ Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana, subject to the mortgages and encumbrances, if any, herein set forth

In witness whereof, I have affixed my signature at Baton Rouge

FORM    4181        G    349    **Exhibit B**

**ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT**

DPSMV 1663 (R01/25)

Federal and State Law require that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT or providing a FALSE STATEMENT may result in fines and/or imprisonment

**NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.**

Assignment of title must be executed by the seller in the presence of a notary public or two (2) witnesses, one (1) of whom must sign the ACKNOWLEDGEMENT OF WITNESS in the presence of a notary public, UNLESS, in accordance with R.S. 32:705B, transferring to an insurance company; to or from a Louisiana licensed dealer; or transferring to an authorized officer of a federally insured financial institution making a secured loan to the purchaser.

**ASSIGNMENT OF TITLE BY REGISTERED OWNER** (not valid unless completed in full) I/we warrant this title and certify that the vehicle described herein has been transferred on _____ / _____ / _____ for the sum of $ _____ to the following

**Name(s)-** _____  **Address-** _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked.

ODOMETER READING | NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual milage
**WARNING - ODOMETER DISCREPANCY**

**SIGNATURE(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

**PRINTED NAME(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

**SIGNATURE of Witness-X** _____  Sworn to and subscribed by seller before me this

**PRINTED NAME of Witness** _____  Date _____ Notary No _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** _____

Before me, Notary, personally came and appeared the undersigned who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed   DATE _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**FIRST RE-ASSIGNMENT BY LICENSED DEALER**   **DEALER'S LICENSE NO.** _____

I/we warrant this title and certify that the vehicle described herein has been transferred to the following.

**Name(s)-** _____  **Address-** _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked

ODOMETER READING | NO TENTHS | ☐ 1 The mileage stated is in excess of its mechanical limits
☐ 2. The odometer reading is NOT the actual milage
**WARNING - ODOMETER DISCREPANCY** | Date of Sale ___/___/___

**SIGNATURE(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

**PRINTED NAME(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

Name of Dealership _____

**SIGNATURE of Witness-X** _____  Sworn to and subscribed by seller before me this

**PRINTED NAME of Witness** _____  Date _____ Notary No _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** _____

Before me, Notary, personally came and appeared the undersigned who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed   DATE _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**SECOND RE-ASSIGNMENT BY LICENSED DEALER**   **DEALER'S LICENSE NO.** _____

I/we warrant this title and certify that the vehicle described herein has been transferred to the following

**Name(s)-** _____  **Address-** _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING | NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits
☐ 2 The odometer reading is NOT the actual milage
**WARNING - ODOMETER DISCREPANCY** | Date of Sale ___/___/___

**SIGNATURE(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

**PRINTED NAME(S) of Buyer(s)-X** _____  **of Seller(s)-X** _____

Name of Dealership _____

**SIGNATURE of Witness-X** _____  Sworn to and subscribed by seller before me this

**PRINTED NAME of Witness** _____  Date _____ Notary No _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**ACKNOWLEDGEMENT OF WITNESS - STATE OF LOUISIANA - PARISH OF** _____

Before me, Notary, personally came and appeared the undersigned who after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed   DATE _____

**SIGNATURE of Witness-X** _____  SIGNATURE of Notary Public-X _____

**PRINTED NAME of Witness** _____  PRINTED NAME of Notary Public _____

**THIS TITLE MUST BE SURRENDERED BY DISMANTLER TO THE OFFICE OF MOTOR VEHICLES WHEN VEHICLE IS JUNKED**