# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

In re:                                    Bky. No. 25-11051
Claiborne Automotive Group, LLC,          Chapter 7
                                          Section A

    Debtor(s)

**STATE OF TEXAS**                    )
                                      ) ss.
**COUNTY OF TARRANT**                 )          **AFFIDAVIT**

I, _Carrie Coats_, of AmeriCredit Financial Services, Inc. dba GM Financial ("Creditor"), declare under penalty of perjury that I have reviewed the documents and data available to me applicable to the Debtor(s) and the following is true and correct to the best of my knowledge, information and belief.

1.    Creditor is the holder for value of a certain Installment Sale Contract ("Contract") assigned as shown on the face thereof to Creditor.

2.    Creditor has a security interest in the following (the "Collateral"):

    2023 Chevrolet Silverado, VIN:  3GCUDFED8PG280762

3.    $29,582.32 is the outstanding balance under the contract as of November 10, 2025 and 0.00% is the rate of interest on the Contract.

4.    The account is past due for the months of 8/20/2025 through 10/20/2025, in the amount of $4,685.32 as of November 10, 2025.

5.    Attached to the Motion for Relief from the Stay filed herein are a certified copy of the Contract evidencing the obligations due and a copy of the Title certificate confirming perfection of the security interest in the Collateral.

6.    I am regularly engaged in the evaluation of vehicles similar to the type described herein. $48,975.00 is the replacement value of the Collateral based upon the latest edition of the JD Powers Official Used Car Guide, Southwestern Edition, an analysis of which is attached.

Dated: __11-20-2025__

Subscribed and sworn to before me on this
_20th_ day of _November_, 2025

_Pam Willis_
Notary Public
My commission expires: _2-27-28_

Printed Name: _Carrie Coats_
Title:  Bankruptcy Specialist
Creditor:  AmeriCredit Financial Services,
Inc. dba GM Financial



PAM WILLIS
Notary Public
STATE OF TEXAS
Notary ID # 13477667-9
My Comm. Exp. February 27, 2028

**Exhibit C**

# J.D. POWER

**GM Financial - BK Dept**

4000 Embarcadero
Arlington, TX 76014
8175256233
Phillip.ford@gmfinancial.com

## Vehicle Information



| | |
|---|---|
| **Vehicle:** | 2023 Chevrolet Silverado 1500 Crew Cab LT Trail Boss 4WD 5.3L V8 |
| **Region:** | Southwestern |
| **Period:** | November 10, 2025 |
| **VIN:** | 3GCUDFED8PG280762 |
| **Mileage:** | 42,500 |
| **Base MSRP:** | $58,000 |
| **Typically Equipped MSRP:** | $67,615 |
| **Weight:** | 4,960 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $39,125 | N/A | $175 | **$39,300** |
| Average Trade-In | $41,050 | N/A | $175 | **$41,225** |
| Clean Trade-In | $42,625 | N/A | $175 | **$42,800** |
| Clean Loan | $38,375 | N/A | $175 | **$38,550** |
| Clean Retail | $48,800 | N/A | $175 | **$48,975** |
| **Weekly Auction** | | | | |
| Low | $37,500 | N/A | N/A | **$37,500** |
| Average | $40,975 | N/A | N/A | **$40,975** |
| High | $44,475 | N/A | N/A | **$44,475** |
| **Weekly Used** | | | | |
| Rough Trade-In | $39,050 | N/A | $175 | **$39,225** |
| Average Trade-In | $40,975 | N/A | $175 | **$41,150** |
| Clean Trade-In | $42,550 | N/A | $175 | **$42,725** |
| Clean Loan | $38,300 | N/A | $175 | **$38,475** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power

## J.D. POWER Used Cars/Trucks

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $48,725 | N/A | $175 | **$48,900** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Adaptive Cruise Control [VIN Precision+] | $225 | $250 |
| Univ Garage Door Opener | w/body | w/body |
| Aluminum/Alloy Wheels | w/body | w/body |
| Fixed Running Boards [VIN Precision+] | $50 | $50 |
| Leather Seats | w/body | w/body |
| Power Driver's Seat | w/body | w/body |
| Power Tailgate | w/body | w/body |
| W/out Power Tailgate [VIN Precision+] | -$100 | -$125 |
| Safety Pkg. | w/body | w/body |
| Bose Premium Stereo | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power