IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:

| | |
|---|---|
| Kanoshia Tyiese Minniefield, | CASE NO: 24-10846 |
| Debtor. | Chapter 13 |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO: PARTIES OF INTEREST:**

Notice is hereby given that a motion has been filed by Hyundai Capital America d/b/a Kia Motors Finance ("Secured Creditor"), a secured creditor of the Debtor, to lift the stay on a 2023 Kia Forte.

The Court files relating to this case are located, and are available for public inspection, in the office of the clerk of the Bankruptcy Court at the address appearing below.

Parties in interest objecting to the motion are to file said objections with the Clerk of the Bankruptcy Court, 300 Fannin Street, Suite 2201, Shreveport, Louisiana 71101 and serve a copy of such objection upon Christopher D. Meyer, 190 E. Capitol Street, Suite M-100, Jackson, Mississippi 39201, within the **RESPONSE DEADLINE OF DECEMBER 15, 2025**.

A hearing on said motion will be held before the Honorable Bankruptcy Judge John S. Hodge, on January 7, 2026, at 1:45 p.m., U.S. Bankruptcy Court, Tom Stagg United States Courthouse, 300 Fannin Street, Fourth Floor, Courtroom Four, Shreveport, Louisiana 71101, IF AND ONLY IF an answer, objection or opposition to this motion is filed within the **RESPONSE DEADLINE OF DECEMBER 15, 2025**.

50911408 v1

Mover consents to the continuance of the stay pending a hearing on the motion.

>Respectfully submitted,
>
>*/s/ Christopher D. Meyer*
>Christopher D. Meyer (LA Bar #35917)
>Attorney for Hyundai Capital America d/b/a Kia Motors Finance

OF COUNSEL:
BURR & FORMAN LLP
190 E .Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: 601-355-3434
Facsimile: 601-355-5150
cmeyer@burr.com

## CERTIFICATE OF SERVICE

This is to CERTIFY that on 26th day of November, 2025, a true and correct copy of the foregoing instrument has been forwarded to the following parties by first class mail or electronically by the clerk of the court.

| | |
|---|---|
| DEBTOR: | Kanoshia Tyiese Minniefield<br>3602 Stonewall St.<br>Shreveport, LA 71109 |
| DEBTOR'S ATTORNEY: | L. Laban Levy<br>Simon, Fitzgerald, Cooke, et al<br>4700 Line Ave., Ste. 200<br>Shreveport, LA 71106 |
| TRUSTEE: | Daven M. Hill<br>Chapter 13 Trustee<br>PO Box 1770<br>Shreveport, LA 71166 |
| U.S. TRUSTEE: | United States Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101 |

*/s/ Christopher D. Meyer*
**OF COUNSEL**