UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

In re

Claiborne Automotive Group, LLC                            Case No.: 25-11051

    Debtor,                                                  Chapter: 7

AMERICREDIT FINANCIAL SERVICES, INC.
DBA GM FINANCIAL,

    Creditor.

# NOTICE TO WITHDRAW
## MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362

NOW COMES AmeriCredit Financial Services, Inc. dba GM Financial ("AmeriCredit"), a secured creditor, through undersigned counsel, which respectfully represents:

1. AmeriCredit inadvertantly filed a Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 of the Federal Rules of Bankruptcy Procedure (Document No. 23) which relates to a different bankruptcy proceeding.

2. AmeriCredit now seeks to withdraw said Motion from the record in this proceeding, without prejudice.

WHEREFORE, AmeriCredit files this *Notice to Withdraw Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* to inform the Court that said Motion was filed inadvertantly in this case.

Dated this 2nd day of December, 2025.

        **BURR & FORMAN LLP**

        */s/ Christopher D. Meyer*_____
        Christopher D. Meyer (LA Bar #35917)
        Burr & Forman LLP
        190 E Capitol Street, Suite M-100
        Jackson, MS 39201
        T: (601) 355-3434 - F: (601) 355-5150
        cmeyer@burr.com
        *Attorney for AmeriCredit Financial*
        *Services, Inc. dba GM Financial*

2
63967161 v1
25-11051 - #24  File 12/02/25  Enter 12/02/25 09:42:28  Main Document  Pg 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on this 2nd day of December, 2025, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtors:**
Claiborne Automotive Group, LLC
3117 W. 70th Street
Shreveport, LA 71108

**Attorneys for Debtor:**
Thomas R. Willson
Rocky Willson
Attorney & Counselor at Law
1330 Jackson Street
Alexandria, LA 71301

**Trustee:**
John W. Luster
P.O. Box 488
Natchitoches, LA 71458-0488

**U.S. Trustee:**
Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

*/s/ Christopher D. Meyer*_____
OF COUNSEL