# Exhibit 2

# NOTICE OF ACCEPTANCE

Brightline Dealer Advisors, LLC
Attn: Trish Lang
14001 N Dallas Pkwy Suite 700
Dallas TX 75240

| LOAN SUMMARY | |
|---|---|
| Notice Date: | 07/28/2025 |
| Loan Number: | |
| Total Premiums: | $89,090.89 |
| Down Payment: | $11,193.62 |
| Amount Financed: | $77,897.27 |
| Finance Charge: | $3,409.34 |
| Amount Due on Each Date: | $7,391.51 |
| Annual % Rate: | 8.65% |
| Number of Payments: | 11 |
| First Due Date: | 07/25/2025 |

Brightline Dealer Advisors, LLC
Attn: Trish Lang
14001 N Dallas Pkwy Suite 700
Dallas TX 75240

This notice will acknowledge our acceptance of your Premium Finance Agreement (the "Agreement") which was originated through the above-referenced Agent or Broker. The Insurance Company(ies) providing your insurance coverage will be notified that you have entered into this Agreement. We will issue payment on your behalf as directed by your Agent or Broker.

We are pleased to receive and process the Agreement which was recently negotiated through your Agent or Broker referenced above. The Notice of Acceptance is our official acknowledgment and acceptance of your Agreement. Please carefully review the Loan Summary above. If any of the information does not agree with your records, please notify us immediately. If this is your first transaction with us, the following information may be helpful:

**LOAN NUMBER.** Your loan number is indicated above. Please refer to it if you contact us about your loan.

**PAYMENTS.** You completed an ACH Debit Authorization Form to have your premium finance payments automatically debited from your account. AFCO Direct, a division of AFCO Credit/Acceptance Corporation, will deduct the payment on the due date or the closest business day to the due date. If for some reason the payment cannot be taken, you will be notified by phone or email to troubleshoot or automatically changed to billing statements.

**INQUIRIES.** You can log on to our website - www.afcodirect.com - to access your loan and/or make a payment. If you have questions or need help you can email us - notices@afcodirect.com - or call our toll-free number listed below. Our Customer Service Department is ready and eager to assist you with any questions about your loan or other premium finance needs.

**THANK YOU** for funding your insurance premiums through AFCO Direct, a division of AFCO Credit/Acceptance Corporation.



**A Division of AFCO Credit/Acceptance Corporation
Two Conway Park, 150 North Field Drive, Suite 190
Lake Forest IL 60045
Phone: 877-226-5456   Fax: 877-226-5297**

www.afcodirect.com

*****RECEIVE YOUR BILL BY EMAIL - notices@afcodirect.com*****

25-11051 - #34-3  File 12/10/25  Enter 12/10/25 15:05:39  Exhibit 2 Pg 2 of 2

AFCO NOA 0711