# Exhibit 3

## Account Transaction History # ▮▮▮▮▮▮ (Claiborne Automotive Group, LLC (BK7))

Click on a payment description for printable receipt

☐ Show Account Notes  ☑ Show Account Status  ☑ Show Balance After Each Transaction (including fees)

| Date | Activity | Transaction Code | Amount | Balance | Description/Note | User | |
|---|---|---|---|---|---|---|---|
| 7/28/2025 9:10:35 AM | Activation | | | $81,306.61 | Account Activated | lindara | |
| 7/28/2025 9:10:35 AM | Status | | | | Current | lindara | |
| 7/29/2025 2:50:37 AM | Installment | RCPT10150081 | $7,391.51 | $73,915.10 | Insured: ACH Withdrawal | bwatkins | Rever |
| 8/24/2025 2:42:13 AM | Installment | RCPT10193983 | $7,391.51 | $66,523.59 | Insured: ACH Withdrawal | bwatkins | |
| 8/28/2025 9:29:39 AM | Reversal | RCPT10200686 | ($7,391.51) | $73,915.10 | Insured: ACH Withdrawal Account Frozen | tylerma | |
| 8/31/2025 4:31:03 AM | Late Fee | LF28563973 | $369.58 | $74,284.68 | | bwatkins | Rever |
| 9/2/2025 5:02:25 AM | Status | | | | Intent To Cancel | System | |
| 9/16/2025 5:01:57 AM | Status | | | | Cancelled | System | |
| 9/16/2025 5:01:57 AM | Cancel Fee | CF28621759 | $25.00 | $74,309.68 | | robertb | Rever |
| 9/17/2025 6:47:12 AM | Installment | RCPT10234444 | $7,786.09 | $66,523.59 | Insured: ACH Withdrawal | 16660 | Rever |
| 9/17/2025 6:47:12 AM | Status | | | | Current | 16660 | |
| 9/17/2025 6:49:59 AM | Installment | RCPT10234446 | $7,391.51 | $59,132.08 | Insured: ACH Withdrawal | 16660 | Rever |
| 10/31/2025 4:30:21 AM | Late Fee | LF28814888 | $369.58 | $59,501.66 | | bwatkins | Rever |
| 11/3/2025 5:04:26 AM | Status | | | | Intent To Cancel | System | |