# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-11051 |
| | ) | |
| CLAIBORNE AUTOMOTIVE GROUP, LLC | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## NOTICE OF HEARING

AFCO Credit Corporation ("**AFCO Direct**") has filed a Motion for Relief from the Automatic Stay with Respect to Unearned Insurance Premiums (the "**Motion**"), whereby AFCO Direct seeks relief from the automatic stay to allow it to exercise its rights pursuant to an insurance premium finance agreement and applicable law, including (i) the cancellation of policies of insurance financed by AFCO Direct and the collection of all return premiums and related amounts under such policies, and (ii) the application of such return premiums and other amounts returned to AFCO Direct to the obligations owed to AFCO Direct.

**Your rights may be affected. You should read said papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

A copy of said papers can be obtained without charge by contacting the undersigned.

A hearing to consider the Motion will be held on the **7th day of January, 2026 at 10:00 a.m.** at the Tom Stagg United States Court House, 300 Fannin Street, Fourth Floor, Courtroom Floor, Shreveport, LA 71101, **IF AND ONLY IF**, an objection or response is filed with the Clerk of the United States Bankruptcy Court at the address below on December 31, 2025, which is a date at least seven (7) days before the hearing date (the "**Response Deadline**"). The Response Deadline must be at least seventeen (17) days from the date of service hereof. A hearing will be held only

1

if a response is timely filed.

If you do not want the court to grant the relief sought in the papers described above, or if you want the court to consider your views on said papers, then on or before the Response Deadline, you or your attorney must: (1) file an objection through the court's CM/ECF system or deliver it to the Clerk of the Bankruptcy Court at 300 Fannin Street, Room 2201, Shreveport, LA 71101 and (2) serve a copy of the objection upon counsel for the moving party at the address set forth below.

**IF NO OBJECTION OR RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

                    **ADAMS AND REESE LLP**

                    *By: /s/ Mark J. Chaney, III*
                    RICHARD A. AGUILAR (#17439)
                    MARK J. CHANEY, III (#35704)
                    701 Poydras Street, 45th Floor
                    New Orleans, Louisiana 70139
                    Telephone: (504) 581-3242
                    Fax: (504) 586-6550
                    richard.aguilar@arlaw.com
                    mark.chaney@arlaw.com

                    **Attorneys for AFCO Credit Corporation**

# CERTIFICATE OF SERVICE

      I certify that I filed this document using the court's CM/ECF system which generated a "Notice of Electronic Filing" indicating that it was transmitted to the filing party and all registered users of the CM/ECF system having appeared in the case in which the filing is made and upon the parties listed on the mailing matrix attached hereto by placing a copy of the same in the United States Mail, first class, postage prepaid and properly addressed, and by electronic mail and/or U.S. Mail at the parties listed below:

**Debtor:**
Claiborne Automotive Group, LLC
3117 W. 70th Street
Shreveport, LA 71108

**Debtor's Counsel:**
Thomas R. Willson
Rocky Willson
Attorney & Counselor at Law
1330 Jackson Street
Alexandria, LA 71301
rocky@rockywillsonlaw.com

**Trustee:**
John W. Luster
P.O. Box 488
Natchitoches, LA 71458-0488
luster_j@bellsouth.net
Mark A. Begnaud
McCoy Roberts & Begnaud, Ltd.
P. O. Box 1369
Natchitoches, LA 71458-1369
mbegnaud@mrbfirm.com

Seth Moyers
Wiener, Weiss & Madison
300 Marshall Street, Suite 1000
Shreveport, LA 71101-3016
smoyers@wwmlaw.com

**U.S. Trustee**
Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101

Christopher D. Meyer
Burr & Forman LLP
190 E. Capital Street, Suite M-100
Jackson, MS 39201-2149
cmeyer@burr.com

Kevin J. Payne
Rogers, Carter & Payne
4415 Thornhill Avenue Second Floor, Suite
Shreveport, LA 71106-1553
bknotice@rogerscarterlaw.com

Date: December 10, 2025        Signature: */s/ Mark J. Chaney, III*

Label Matrix for local noticing
0536-5
Case 25-11051
Western District of Louisiana
Shreveport
Tue Dec  9 16:22:00 CST 2025

3-D Contracting Corp.
15004 Hwy 371 S
Taylor, AR 71861-9621

700 Credit
P.O. Box 101015
Pasadena, CA 91189-0003

ABC Auto Parts
P.O. Box 3688
Longview, TX 75606-3688

Adrian Willis
3850 Pearson Street
Arcadia, LA 71001-3226

Advanced Automotive
7161 55th Street North
Saint Paul, MN 55128-1706

Alldata
P.O. Box 848379
Dallas, TX 75284-8379

Allen Curry
65 Columbia Road 268
Magnolia, AR 71753

Ally Dealer
P.O. Box 9001951
Louisville, KY 40290-1951

Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1951

Amber Lynn Ticheli
708 Carter Road
Downsville, LA 71234-4924

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
PO Box 183853
Arlington, TX 76096-3853

American Tire Distributors
P.O. Box 841780
Dallas, TX 75284-1780

Amy Lowrey
Haughton, LA 71037

Andrew Basciano
725 Edgar Street
Bossier City, LA 71112-3205

Andrew Plunket
6888 Hwy 4
Ringgold, LA 71068-2636

Angel Camp
375 Haynes Drive
Haynesville, LA 71038-4500

Angela Fields
1119 Crouch Street
Bastrop, LA 71220-2009

Ann Humphrey
614 Peach Tree Rd
Dubberly, LA 71024-7212

April Etheridge
143 Gilder Ct.
Pike Road, AL 36064-2796

April Ethridge
143 Gilder Ct
Pike Road, AL 36064-2796

Arbra Butler
9240 Hwy 80
Simsboro, LA 71275-3004

Ashley Casey
616 Goodwill Street
Minden, LA 71055-2424

Ashley Nicole Dodds
168 D. White Road
Haynesville, LA 71038-6447

Audrey Dudley
1103 Drew Lane
Minden, LA 71055-2301

Autum Wafer
2813 Hwy 163
Doyline, LA 71023-3611

Bank of America
FL9-400-04-16
9000 Southside Bldg. 400 4th Floor
Jacksonville, FL 32256-0787

Barksdale Federal Credit Union
2701 Village Ln
Bossier City, LA 71112-2319

Barksdale Federal Credit Union
c/o Rogers, Carter & Payne
4415 Thornhill Avenue Second Floor, Suit
Shreveport, LA 71106-1553

| | | |
|---|---|---|
| Mark A. Begnaud<br>POB 1369<br>Natchitoches, LA 71458-1369 | Betty Ann Bortz<br>1800 Ridge Road<br>Homer, LA 71040-7408 | Betty Johnson<br>11152 Hwy 160<br>Shongaloo, LA 71072-2910 |
| Billie Wyatt<br>143 Henderson Lane<br>Mansfield, LA 71052 | Billy Cross, Jr.<br>919 South Main<br>Homer, LA 71040-3819 | Bobby Morgan<br>302 Aspen Drive<br>Minden, LA 71055 |
| Bradley Glynn Matkin<br>3298 Cedar Grove Rd<br>Robeline, LA 71469-5826 | Bradley Rogers<br>111 Maple Street<br>Homer, LA 71040-3707 | Brandee Bennett<br>934 Palm Street<br>Abilene, TX 79602-2443 |
| Brandee Bennett<br>934 Palm Street<br>Abilene, TX 79602<br>Brandon Dewhart<br>3601 Dee St. # 168<br>Shreveport, LA 71105-2649 | Brandon Dewhart<br>3601 Dee St. # 168<br>Shreveport, LA 71105-2649 | Brenda Curlee<br>1453 Harmon Loop<br>Homer, LA 71040-5813 |
| Brenda Darrett<br>3512 Mackey LN<br>Shreveport, LA 71118-2334 | Brenda Sparks<br>109 Andrews Lane<br>Homer, LA 71040-8643 | Brent Williams<br>566 Claude Cox Rd<br>Shongaloo, LA 71072-2791 |
| Brian Keith Sandlin<br>6947 Fuller Road<br>Cotton Valley, LA 71018-3006 | Briana Lenay Kissie<br>293 Rodeo Drive<br>Frierson, LA 71027-1923 | Brittany Morgan<br>711 Dallas Road<br>Ringgold, LA 71068-2632 |
| Brittany Rupert<br>167 Pierce Lane<br>Haynesville, LA 71038-6668 | C F Biggs<br>P.O. Box 52928<br>Shreveport, LA 71135-2928 | C F Biggs<br>P.O. Box 52928 S<br>hreveport, LA 71135-2928 |
| Caden Long<br>763 Philpot Rd<br>West Monroe, LA 71292-2653 | Calla Jones<br>7003 Hwy 80 #234<br>Ruston, LA 71270-1020 | Calla Jones 7<br>003 Hwy 80 #234<br>Ruston, LA 71270 |
| Campus Federal Credit Union<br>1650 Dallas Dr.<br>Baton Rouge, LA 70806 | Candace Roberson<br>2185 Bridges<br>Arcadia, LA 71001-5351 | Capital One Auto Finance<br>2525 Corporate Place, 2nd Floor<br>Suite 250<br>Monterey Park, CA 91754-7661 |
| Capital One Auto Finance<br>P.O. Box 744777<br>Atlanta, GA 30374-4777 | Capital Wholesale Group, LLC<br>3600 WQ Marshall Ave<br>Longview, TX 75604-4939 | Car Gurus<br>1001 Boylston St.<br>Boston, MA 02115-1829 |

| | | |
|---|---|---|
| Carmedic<br>4521 Hedge Rd<br>Roxana, IL 62084-2735 | Caroline Boyd<br>1746 Church Avenue<br>Haynesville, LA 71038-5431 | Cecily Young<br>428 W 4th Street<br>Homer, LA 71040 |
| Charles Edward<br>215 Childs Road<br>Minden, LA 71055-5967 | Chase Bank<br>4070 Willow Lake Blvd., Suite 2021<br>Memphis, TN 38118-7045 | Chase Visa<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 |
| Cheryl Dyer<br>235 Lum Miller Rd<br>Shongaloo, LA 71072-2359 | Chloe Deleon<br>5465 Athens Avenue<br>Athens, LA 71003-3001 | Chris Townsend<br>622 Manassas Circle<br>Bossier City, LA 71112-4842 |
| Christy Willis<br>1431 Monroe Ave.<br>Homer, LA 71040-4625 | Cindy Scheer<br>229 Langley Rd<br>Sarepta, LA 71071-3023 | Cintas Corp.<br>P.O. Box 650838<br>Dallas, TX 75265-0838 |
| Claiborne Automotive Group, LLC<br>3117 W. 70th Street<br>Shreveport, LA 71108-4605 | Clinton Hampton<br>157 Wiley Reno Rd<br>Gibsland, LA 71028-4416 | Connie Claville<br>757 Gidon Street<br>Shreveport, LA 71106 |
| Consumer Portfolio Services<br>19500 Jamboree Road<br>Suite 500<br>Irvine, CA 92612-2437 | Coordination Solutions<br>P.O. Box 238<br>Sibley, LA 71073-0238 | Crow Burlingame<br>P.O. Box 111<br>Little Rock, AR 72203-0111 |
| Crump Oil, Inc.<br>352 Syca,more Street<br>Homer, LA 71040-4523 | Crump Oli, Inc.<br>352 Sycamore Street<br>Homer, LA 71040-4523 | Dana Moore<br>511 Olive<br>Magnolia, AR 71753-3014 |
| Darrell Braggs<br>2320 Beacon Light Rd<br>Ruston, LA 71270-8910 | Darrell Houston<br>108 Douthfield Rd. #133<br>Shreveport, LA 71105 | David Johnson<br>149 Nelson Creek Road<br>Castor, LA 71016-4301 |
| David Soyle<br>1168 East Road<br>Sarepta, LA 71071-2858 | David Tooke<br>508 Harding Blvd.<br>Mountain View, AR 72560-9279 | Dealerslink, Inc.<br>11001 W. 120th Avenue, Suite 40<br>Broomfield, CO 80021-3494 |
| Debra Walker<br>2421 Fish Hatchery<br>Natchitoches, LA 71457-6503 | Demarcus Smith<br>4033 Martha St.<br>Shreveport, LA 71109-7415 | Derek London<br>155 Richard Hood Rd<br>Arcadia, LA 71001-5423 |

Don Bryant
535 Airport Loop
Homer, LA 71040-8609

Donna Wilson
4215 Dellwood Ave.
Shreveport, LA 71107-7601

Dorothy Smith
3805 Merwin Street
Shreveport, LA 71109-4741

Edward Jones
6902 W Canal Blvd
Shreveport, LA 71108-4637

Elizabeth Smith
224 Evan Robinson Rd
Homer, LA 71040-7432

Emmanuel Williams
201 14th Street
Huttig, AR 71747-9527

Erwin Darby
37.5 Lillian Street
Shreveport, LA 71109

Exeter
P.O. Box 744714
Atlanta, GA 30374-4714

Experian
P.O. Box 841971
Los Angeles, CA 90084-1971

Fathy Yousef
1510 Sara Lane
Flint, TX 75762

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

First Investors Financial
P.O. Box 745446
Atlanta, GA 30374-5446

Flagship Credit Acceptance
P.O. Box 3807
Coppell, TX 75019-5877

Flagship Credit Acceptance
P.O. Box 744723
Atlanta, GA 30374-4723

Frances Fowler
202 Pine Lake Drive
Haughton, LA 71037-9504

GM Financial
801 Cherry Street
Suite 3600
Fort Worth, TX 76102-6855

GM Financial
P.O. Box 182974
Arlington, TX 76096-2974

Genevaylon Amos
278 Malone Road
Arcadia, LA 71001-5072

George Woodcock
622 Manassas Circle
Bossier City, LA 71112-4842

Georgia McBride
109 B Pine Valley
Magnolia, AR 71753-3756

Gertie Duke
278 Dansby Road
Athens, LA 71003-4004

Glenn Kientz
1303 Violet Ave.
Bossier City, LA 71112-4635

Global Lending Solutions
P.O. Box 744720
Atlanta, GA 30374-4720

Gordon's Towing
4026 Harris Rd.
Homer, LA 71040-5312

Great America Financial
625 First St. SE
Cedar Rapids, IA 52401-2031

Great America Leasing Co
P.O. Box 660831
Dallas, TX 75266-0831

Heberts Town and Country
1155 East Bert Kouns Ind. Loop
Shreveport, LA 71105

Helen Hayes
147 Helen Johnson Road
Summerfield, LA 71079-7973

Heriberto Molina Reyes
1305 Hwy 537
Plain Dealing, LA 71064-3921

Heritage Crystal Clean LLC
13621 Collections Center Dr.
Chicago, IL 60693-0001

| | | |
|---|---|---|
| Hodges & Wreyford<br>920 Pierremont Dr.<br>Shreveport, LA 71106-2079 | Homenet<br>P.O. Box 935242<br>Atlanta, GA 31193-5242 | Homer Electric Co.<br>P.O. Box 118<br>Homer, LA 71040-0118 |
| Huey Dyess, Jr.<br>524 Deerwood Lane<br>Haughton, LA 71037 | Hyundai Capital America d/b/a Kia Motors Fin<br>P.O. Box 20825<br>Fountain Valley, CA 92728-0825 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS Memphis,<br>TN 37501-0001 | JPS Ford<br>224 Gap Farms Road<br>Arcadia, LA 71001-5227 |
| Jack Owens<br>166 Pine Street<br>Ruston, LA 71270-8584 | Jacob Tinsley<br>5336 Harris Road<br>Homer, LA 71040-5374 | Jalisa Mosby<br>1583 Greer Road<br>Haynesville, LA 71038-5019 |
| James Carwile<br>1642 Hwy 200<br>Rosston, AR 71858-8916 | James Culverhouse<br>1702 Evans St.<br>Marshall, TX 75670-8242 | James Kearby Aldridge<br>9105 Southwood Street<br>Shreveport, LA 71118-3020 |
| James Randle Cottrell, Jr.<br>1312 Reed Street<br>Haynesville, LA 71038-5904 | Jamison Maynor<br>806 Spring Street<br>Springhill, LA 71075-2538 | Janite Sledge<br>1123 S West Avenue<br>El Dorado, AR 71730-7442 |
| Jarrod Williams<br>1609 Ringgold Avenue<br>Coushatta, LA 71019-9084 | Jeremiah Larue<br>154 Bellavista Loop<br>Homer, LA 71040-6817 | Jeremy Cooper<br>738 Hwy 802<br>Sarepta, LA 71071-2926 |
| Jeremy Wells<br>1254 Fish Hatchery Road<br>Natchitoches, LA 71457 | Jerrie Jenkins<br>203 Brandon Lane<br>El Dorado, AR 71730-8005 | Jerry Dunn, Jr.<br>918 Main Street<br>Homer, LA 71040-3812 |
| Jessica Casey<br>1711 Camp Avenue<br>Haynesville, LA 71038-5801 | Jessica N, Webb<br>114 Jefferson Street<br>Homer, LA 71040 | JoAnna Cottrell<br>1338 Main Street<br>Haynesville, LA 71038-5920 |
| Jodi Avant<br>5778 Hwy 80<br>Princeton, LA 71067 | Joe Thompson<br>755 Liberty Hill Rd.<br>Homer, LA 71040-8345 | John Dobson Maynor<br>219 Doves Rest<br>Homer, LA 71040-7449 |

| | | |
|---|---|---|
| John Lewis<br>1411 Mark Ave<br>Bossier City, LA 71112-3021 | John Lofton<br>296 Webb Lofton Road<br>Dubberly, LA 71024-2016 | John Norful<br>405 S Plum<br>Junction City, AR 71749 |
| Johniece Whitehead<br>5391 Hwy 2<br>Sarepta, LA 71071-3407 | Joseph Dennis<br>1980 Columbia Rd #11 E<br>Magnolia, AR 71753-9130 | Joseph Dubose<br>2425 Walnut Road<br>Sarepta, LA 71071-2488 |
| Joshua Nix<br>1225 Hwy 128<br>Sparkman, AR 71763-8664 | Juanita Turner<br>2905 Meadow Avenue<br>Shreveport, LA 71108-3740 | Julius King<br>125 Regina Drive<br>West Monroe, LA 71292-3377 |
| Julius Walker<br>232 Airport Loop<br>Homerse, LA 71040-8602 | Justin King<br>125 Regina Dr.<br>West Monroe, LA 71292-3377 | Justin Marcum<br>127 County Rd 3131<br>De Berry, TX 75639-2428 |
| Jylon Amir Fields<br>1792 Thomas Street<br>Marion, LA 71260-3610 | KRC Custom Manufacturing, Inc.<br>1830 White Oak Raod<br>Homer, LA 71040-8200 | Kacee Manuel<br>1235 Johnson Rd<br>Doyline, LA 71023-3259 |
| Karolin Harper<br>159 Franklin Estates<br>Homer, LA 71040-7401 | Kassidy Staten<br>549 Harvey Ave<br>Sterlington, LA 71280-3361 | Kathleen Bonner<br>2083 38th St<br>Mandan, ND 58554-6107 |
| Kathy Todd<br>1103 Frew Lane<br>Minden, LA 71055 | Kedrick Walter<br>1111 Arlington Street<br>Ruston, LA 71270-5647 | Keiahara Green<br>1499 Springlake Road<br>Homer, LA 71040-5925 |
| Kelsey Pearson<br>4885 FM 726 South<br>Gilmer, TX 75645-7192 | Kenya McNea<br>411 Railroad Street<br>Bernice, LA 71222-5133 | Kevin Cheatham<br>1957 Mill St.<br>Haynesville, LA 71038-5610 |
| Kevin McCourt<br>11867 Homeport Dr.<br>Maurepas, LA 70449-3039 | Kimberly Ann Martin<br>1276 Goodwill Road<br>Minden, LA 71055-7716 | Kimberly Hall<br>104 E Pine St.<br>Taylor, AR 71861-9252 |
| Kimberly Patten<br>5969 Hwy 154<br>Jamestown, LA 71045-4503 | Kristi London<br>155 Richard Hood Rd.<br>Arcadia, LA 71001-5423 | LaFrederick Hill<br>513 Baker Street<br>Monroe, LA 71203-4401 |

| | | |
|---|---|---|
| LaShawn Abbott<br>610 E. 4th Street<br>Homer, LA 71040-3530 | LaTonya Baker<br>1957 Beech Street<br>Arcadia, LA 71001-6813 | Laken Bernard<br>631 W 3rd St.<br>Homer, LA 71040-3215 |
| Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | Larry Norwood<br>752 Beverly Drive<br>Homer, LA 71040-3002 | Lawrence Vaughn<br>133 Railroad Ave.<br>Mangham, LA 71259-5013 |
| LeQurisha Hill Lorey<br>1415 Airport Loop<br>Homer, LA 71040-8627 | Leaf<br>629 Putney Rd<br>Brattleboro, VT 05301-9044 | Lester Scott<br>118 Emma Rd<br>Minden, LA 71055-8092 |
| Letrell Johnson<br>9351 Poppy Circle<br>Shreveport, LA 71118-3213 | Letrell Johnson<br>9351 Poppy Circle S<br>hreveport, LA 71118-3213 | Lexus of Shreveport<br>2901 Benton Rd.<br>Bossier City, LA 71111-2313 |
| Lexus of Shreveport<br>2901 Benton Rd.<br>ossier City, LA 71111-2313 | Lillian Aldridge<br>606 Maplewood Drive<br>Bossier City, LA 71111-6147 | Linda Bailey<br>6989 Hwy. 9<br>Homer, LA 71040-7751 |
| Lloyd Watkins<br>5920 Southern Avenue<br>Shreveport, LA 71106-1930 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 | Louisiana Dept of Revenue & Taxation<br>Bankruptcy Section<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 |
| Lucretia Dunn<br>1804 Carters Ferry<br>Marshall, TX 75670-6529 | (p)JOHN W LUSTER<br>P O BOX 488<br>NATCHITOCHES LA 71458-0488 | Marcia Pritchett<br>775 Evangeline Drive<br>Arcadia, LA 71001-6555 |
| Marilyn McNeal<br>664 Springlake Road<br>Homer, LA 71040-5904 | Martin and McKee<br>5136 Hwy 79<br>Homer, LA 71040-2016 | Marvin Capers<br>406 Carter Drive<br>Homer, LA 71040-5003 |
| Mary Applewhite<br>826 Zion Drive<br>Haynesville, LA 71038-5412 | Mary Peterson<br>245 E Eagan Street<br>Shreveport, LA 71101-5105 | McCauley Services<br>P.O. Box 60<br>Bryant, AR 72089-0060 |
| Melissa Neilson<br>110 South Perrin St.<br>Plain Dealing, LA 71064-4293 | Christopher D. Meyer<br>Burr & Forman LLP<br>190 E. Capital Street, Suite M-100<br>Jackson, MS 39201-2149 | Michael Aho<br>1702 S L St.<br>Tacoma, WA 98405-3960 |

| | | |
|---|---|---|
| Michael Braswell<br>8755 Magnolia Hwy<br>El Dorado, AR 71730-8551 | Michael Rudd<br>509 Burgessville Road<br>Ruston, LA 71270-5073 | Michelle Green<br>230 Tidwell Street<br>Stephens, AR 71764-8354 |
| Mighty Auto Parts<br>P.O. Box 921<br>Olla, LA 71465-0921 | Mitchell Wayne Branch<br>1905 Honeytree Trail<br>Haughton, LA 71037-9433 | Mitchell Wayne Brancj=h<br>1905 Honeytree Trail<br>Haughton, LA 71037-9433 |
| Morgan Briggs<br>411 Old Town Road<br>Haynesville, LA 71038-7158 | Seth Moyers<br>Wiener, Weiss & Madison<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 | Myshundra L. Eleam<br>538 Woodhave Drive<br>Monroe, LA 71203-2200 |
| Natashia Mitchell<br>8709 Yancy Place<br>Shreveport, LA 71108-6029 | Nathan Hammett<br>7079 Hwy 154<br>Jamestown, LA 71045-5573 | Nathaniel Jackson<br>222 Johnson Street<br>Haughton, LA 71037-8783 |
| National Credit Center<br>P.O. Box 740285<br>Los Angeles, CA 90074-0285 | Noelle Moore<br>682 Arizona Road<br>Homer, LA 71040-8650 | Norah Banks, Jr.<br>1882 Hwy 520<br>Homer, LA 71040-5200 |
| Ntiva<br>7900 Westpark Dr., Suite A100<br>Mc Lean, VA 22102-4275 | Omega Entertainment<br>P.O. Box 2093<br>Ruston, LA 71273-2093 | Pamela Sue Ratliff<br>710 N. Acres Lane<br>Springhill, LA 71075-2133 |
| Patricia Collins<br>168 Collins Road<br>Jena, LA 71342-5797 | Paul Pitts, Jr.<br>1569 Mt. Sinai Road<br>Haynesville, LA 71038-6649 | Peter Carter<br>1037 Pilgrim Rest Rd.<br>Doyline, LA 71023-3021 |
| Peyton Peevy<br>706 Nella Street<br>Minden, LA 71055-3041 | Phillip Dison<br>248 Proctor Road<br>Spearsville, LA 71277-3622 | Pitney Bowes Global Finance<br>P.O. Box 981022<br>Boston, MA 02298-1022 |
| Quincy Turner<br>2129 Henderson Lane<br>Haynesville, LA 71038-5612 | Quinton Wade<br>1302 Jefferson Street<br>Homer, LA 71040-4214 | Ramona Hanson<br>623 Airport Loop<br>Homer, LA 71040-8611 |
| Raven Allen<br>12100 Hwy 518<br>Lisbon, LA 71048 | Rayfield R. Jones<br>2161 Burson Road<br>Heflin, LA 71039-3647 | Reagan Stanford<br>154 Bellavista Loop<br>Homer, LA 71040-6817 |

| | | |
|---|---|---|
| Red Peach Radio<br>P.O. Box 430<br>Ruston, LA 71273-0430 | Reece Horton<br>164 Malone Rd.<br>Plain Dealing, LA 71064-3926 | Regional Acceptance Corp<br>P.O. Box 580226<br>Charlotte, NC 28289-0001 |
| Regional Acceptance Corp<br>P.O. Box 744773<br>Atlanta, GA 30374-4773 | Reyna Capital Corporation<br>P.O. Box 674275<br>Dallas, TX 75267-4275 | Reynolds & Reynolds<br>P O Box 182206<br>Columbus, OH 43218-2206 |
| Richard Allums<br>104 Country Lane<br>Coushatta, LA 71019-7055 | Richard Brazzel<br>504 Silmon Road<br>Downsville, LA 71234-4512 | Richard Shannon Jones<br>4713 Old Brownlee Road<br>Bossier City, LA 71111-6505 |
| Rita Mathews<br>510 Eugene garrett<br>Winnfield, LA 71483-5108 | Robert Dowling<br>10573 Hwy 80<br>Simsboro, LA 71275-3449 | Roger Honeycut<br>539 Airport Loop<br>Homer, LA 71040-8609 |
| Ronnie Walker<br>229 Oil Mill Street<br>Homer, LA 71040-4516 | Roytavious Drake<br>283 Lewis Way Ln<br>Homer, LA 71040-5903 | Russell Cummings<br>8633 Hwy 371<br>Sibley, LA 71073-2521 |
| Russell Self<br>6277 Bain Blvd.<br>Keithville, LA 71047-7962 | Shakeyshia Patterson<br>148 Madden Road<br>Arcadia, LA 71001-4702 | Shane McKenzie<br>336+ Smith Loop<br>Sarepta, LA 71071-3004 |
| Shaniecia Fields<br>5610 Buncombe Rd.<br>Apt 903<br>Shreveport, LA 71129-3617 | Shanika Harris<br>118 Mallard Fuller Dr.<br>Minden, LA 71055-4506 | Sharon Kearney<br>183 Waddey Street<br>Sarepta, LA 71071-3238 |
| Shawanda Debose<br>1100 Goodman Street<br>Plain Dealing, LA 71064-3414 | Shawn Alan Kotal<br>4908 General Rusk Road<br>Bossier City, LA 71112-4760 | Shayna Thomas<br>1303 Howard St.<br>Minden, LA 71055-2029 |
| Sincro LLC<br>25455 Network Place<br>Chicago, IL 60673-1254 | Sky Jones<br>406 Foxtrot<br>Mansfield, LA 71052 | Southern Vehicle Accessories<br>3175 Satellite Blvd. #340<br>Duluth, GA 30096-9018 |
| Specmo Enterprise<br>1200 East Avis<br>Madison Heights, MI 48071-1507 | Stacey Henry<br>8830 Stonelake<br>Shreveport, LA 71108-6020 | Stacy Gilmore<br>2752 Hwy 615<br>Haynesville, LA 71038-7308 |

| | | |
|---|---|---|
| Stacy Willis<br>533 Natural Gas Road<br>Logansport, LA 71049-2385 | State of Louisiana, Department of Labor<br>Delinquent Accounts Unit, UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Stephen Gleason<br>355 Graham Rd.<br>Simsboro, LA 71275-3334 |
| Steven Kennedy<br>3985 Langham West Road<br>Orange, TX 77630-4806 | Strictly Results Marketing<br>14035 Waterstone Drive<br>Riverview, FL 33578 | Superior Automotive, LLC<br>4303 Hwy. 19<br>Zachary, LA 70791-3911 |
| Susan Herring<br>231 North Main Street<br>Homer, LA 71040-4009 | TD Auto Finance<br>P.O. Box 744993<br>Atlanta, GA 30374-4993 | TD Auto Finance<br>P.O. Box 9218<br>Farmington, MI 48333-9218 |
| Tamika Waller<br>8160 Hwy. 534<br>Haynesville, LA 71038-5039 | Target Glass<br>P.O. Box 21<br>Homer, LA 71040-0021 | Taylor Pate<br>1727 McCullin Road<br>Dubach, LA 71235-2725 |
| Teddy Fincher<br>16493 Hwy 151<br>Arcadia, LA 71001-5209 | Teddy Fincher<br>1727 McCullin Road<br>Dubach, LA 71235-2725 | Teresa Murray<br>510 Torbert Drive<br>Homer, LA 71040-3728 |
| Teri Waganer<br>410 Bream Island Rd.<br>Homer, LA 71040-6879 | Terraboost Media<br>2232 Dell Range Blvd<br>Suite 202<br>Cheyenne, WY 82009-4942 | Terrance Ivory<br>123 Cypress Street<br>Bernice, LA 71222-4058 |
| Terri Tommer<br>6800 Hwy 79<br>Haynesville, LA 71038-7506 | Terri Tommer<br>6800 Hwy 79 H<br>aynesville, LA 71038 | Terrie McGee<br>272 Hearn Road<br>Shongaloo, LA 71072-2777 |
| Terry Cheatham<br>1957 Mill St<br>Haynesville, LA 71038-5610 | Terry Richard<br>445 Ervin Cotton Road<br>Eros, LA 71238-9380 | Text2drive<br>2035 Lakeside Centre Way<br>Suite 100<br>Knoxville, TN 37922-6593 |
| The Leviton Law Firm<br>One Pierce Place, Suite 725 W<br>Itasca, IL 60143-1234 | Thomas Bursey<br>18922 Hwy 2<br>Homer, LA 71040-7314 | Thomas G. Martin<br>3117 West 70th Street<br>Shreveport, LA 71108-4605 |
| Thomas McKnight<br>2469 Dawson W<br>Haynesville, LA 71038-5309 | Tirehub<br>29778 Network Place<br>Chicago, IL 60673-1297 | Tommy Austin<br>132 Meadows Lane<br>Homer, LA 71040-5214 |

| | | |
|---|---|---|
| Toriano Lewis<br>503 Elm Street<br>Bernice, LA 71222-4074 | Town of Haynesville<br>1711 Main Street<br>Haynesville, LA 71038-5001 | Travelle Mitchell<br>4025 Golf Links Blvd.<br>Shreveport, LA 71109-5000 |
| Trenton Thompson<br>706 Nella Street<br>Minden, LA 71055-3041 | Tyler Kearney<br>2561 Jack Martin Road<br>Minden, LA 71055-6347 | Tyler Langley<br>501 Herrington Rd. #14<br>Springhill, LA 71075-2209 |
| Office of U. S. Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, LA 71101-3122 | Unifirst Holdings<br>P.O. Box 650481<br>Dallas, TX 75265-0481 | VIN Solutions<br>P.O. Box 935595<br>Atlanta, GA 31193-5595 |
| Venson Drew<br>1694 Richardson Loop<br>Homer, LA 71040-8432 | Vera<br>200 N Fredonia Street<br>Longview, TX 75601-7209 | Vera Bank<br>200 N Fredonia Street<br>Longview, TX 75601-7209 |
| Vera Bank<br>P.O. Box 1009<br>Henderson, TX 75653-1009 | Vera Bank, N.A<br>P.O. Box 1009<br>Henderson, TX 75653-1009 | Vera Bank, National Association<br>c/o Mark A. Begnaud<br>McCoy Roberts & Begnaud, Ltd.<br>PO Box 1369<br>Natchitoches, LA 71458-1369 |
| VeraBank, National Association<br>107 Market Square Blvd.<br>Tyler, TX 75703-8024 | Vicki Crew<br>939 MLK Street<br>Homer, LA 71040 | Virgina B. McDonald<br>3671 Park Drive<br>Haynesville, LA 71038-6225 |
| Vivian Moffett<br>1404 Pearl Street<br>Homer, LA 71040-4630 | Wells Fargo<br>P.O. Box 842840<br>Los Angeles, CA 90084-2840 | Whites Distributing<br>404 Underwood Street<br>Farmerville, LA 71241-2432 |
| Wholesale Remarketing<br>2421 1st Avenue South<br>Billings, MT 59101 | Wiener, Weiss & Madison, APC<br>c/o Seth M. Moyers<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 | Thomas R. Willson<br>Rocky Willson<br>Attorney & Counselor at Law<br>1330 Jackson Street<br>Alexandria, LA 71301-6929 |
| Yellow Rose Auto Keys<br>807 Booth Dr.<br>Shreveport, LA 71107-3903 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).