**SO ORDERED.**

**DONE and SIGNED January 5, 2026.**



_____
JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-11051 |
| | ) | |
| CLAIBORNE AUTOMOTIVE GROUP, LLC | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## RELIEF FROM THE AUTOMATIC STAY
## WITH RESPECT TO UNEARNED INSURANCE PREMIUMS

Upon consideration of the Motion by AFCO Credit Corporation for Relief from the Automatic Stay with Respect to Unearned Insurance Premiums [Dkt. No. 34] (the "Motion") and upon finding that proper notice of the Motion was given and that no objection was filed in response thereto and good cause appearing therefore:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that the automatic stay of 11 U.S.C. § 362(a) is hereby terminated to permit AFCO Credit Corporation ("AFCO Direct") to exercise its rights and remedies under the applicable non-bankruptcy law with respect to the Commercial Premium Finance Agreement – Promissory Note, dated July 24, 2025 (the "Agreement") entered into by

1

Claiborne Automotive Group, LLC (the "Debtor") and AFCO Direct and all unearned premiums and other collateral granted as security pursuant to the terms of the Agreement (the "Collateral");

IT IS FURTHER ORDERED that AFCO Direct is permitted to cancel the Debtor's insurance coverage effective October 25, 2025, without further notice, and is permitted to collect and to apply the unearned premiums and related amounts in connection with the insurance coverage to the outstanding indebtedness due and owing AFCO Direct, including principal, interest, late fees, attorneys' fees, and costs as allowed by the Agreement and applicable law;

IT IS FURTHER ORDERED that any insurance companies, brokers, or other parties in possession of the Collateral are directed to turn over the Collateral to AFCO Direct;

IT IS FURTHER ORDERED that AFCO Direct is permitted to pay any excess return premium, after payment of the outstanding indebtedness due and owing AFCO Direct, including principal, interest, late fees, attorneys' fees, and costs as allowed by the Agreement and applicable law, to the Trustee;

IT IS FURTHER ORDERED, that the stay imposed by Fed. R. Bankr. P. 4001(a)(4) is hereby waived.

###

Submitted by:

*/s/ Mark J. Chaney, III*
RICHARD A. AGUILAR (#17439)
MARK J. CHANEY, III (#35704)
701 Poydras Street, 45th Floor
New Orleans, Louisiana 70139
Telephone: (504) 581-3242
Fax: (504) 586-6550
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

*Counsel to AFCO Credit Corporation*