# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0536–5 | User: admin | Date Created: 1/5/2026 |
| Case: 25–11051 | Form ID: pdf8 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
tr     John W. Luster     luster_jbr@bellsouth.net
aty     Mark J. Chaney, III     mark.chaney@arlaw.com
aty     Thomas R. Willson     rocky@rockywillsonlaw.com

                                       TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Claiborne Automotive Group, LLC     3117 W. 70th Street     Shreveport, LA 71108

                                       TOTAL: 1