**SO ORDERED.**

**DONE and SIGNED January 6, 2026.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

IN RE:

Claiborne Automotive Group, LLC,            CASE NO: 25-11051

Debtor.                                     Chapter 7

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This cause is before the Court on a *Motion for Relief from the Automatic Stay* [Dkt. 21] ("Motion") filed by AmeriCredit Financial Services, Inc. dba GM Financial ("AmeriCredit"). Debtor has not filed a response to said Motion. Because it appears that AmeriCredit is entitled to the relief sought, the Motion shall be granted. It is therefore hereby:

**ORDERED** that:

(a)   the Motion is granted;

(b)   the automatic stay in 11 U.S.C. § 362(a) is terminated with respect to AmeriCredit and its Collateral (as defined in the Motion as a 2023 Chevrolet Silverado bearing Vehicle Identification Number 3GCUDFED8PG280762) and AmeriCredit

64785314 v1

may enforce its rights against the Collateral (as defined in the Motion); and

(c) notwithstanding Fed R. Bankr. P. 4001(a)(4), this order is effective immediately.

# # #

APPROVED FOR ENTRY BY:

*/s/ Christopher D. Meyer*
Christopher D. Meyer (LA Bar # 35917)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

*Attorney for AmeriCredit Financial Services, Inc. dba GM Financial*

64785314 v1

In re:  Case No. 25-11051-JSH

Claiborne Automotive Group, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0536-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: pdf8 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claiborne Automotive Group, LLC, 3117 W. 70th Street, Shreveport, LA 71108-4605 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher D. Meyer | on behalf of Creditor Hyundai Capital America d/b/a Kia Motors Finance cmeyer@burr.com cmccann@burr.com;sberry@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Christopher D. Meyer | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial cmeyer@burr.com, cmccann@burr.com;sberry@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| John W. Luster | luster_jbr@bellsouth.net LA29@ecfcbis.com |
| Kevin J. Payne | on behalf of Plaintiff Barksdale Federal Credit Union bknotice@rogerscarterlaw.com |
| Mark A. Begnaud | on behalf of Creditor VeraBank National Association mbegnaud@mrbfirm.com, bbrunson@mrbfirm.com;sbolton@mrbfirm.com |

Mark J. Chaney, III
    on behalf of Creditor AFCO CREDIT CORPORATION mark.chaney@arlaw.com annie.parish@arlaw.com

Office of U. S. Trustee
    USTPRegion05.SH.ECF@usdoj.gov

Richard A. Aguilar
    on behalf of Creditor AFCO CREDIT CORPORATION richard.aguilar@arlaw.com annie.parish@arlaw.com

Seth Moyers
    on behalf of Creditor Gibsland Bank & Trust smoyers@wwmlaw.com ekraemer@wwmlaw.com

Thomas R. Willson
    on behalf of Debtor Claiborne Automotive Group LLC rocky@rockywillsonlaw.com

TOTAL: 10