# United States Bankruptcy Court
## Western District of Louisiana

**Chief Judge:** John S. Hodge

---

**IN RE:** CLAIBORNE AUTOMOTIVE GROUP, LLC

Debtor(s)

**Chapter:** 7
**Case Number:** 25−11051

---

### Notice of Deficient Hearing Notice

Attention Filer: Lawrence Vaughn

The Notice of Hearing (ECF #41) filed in the above case is deficient for the reason(s) checked below:

☐ Incorrect case caption.

☐ Incorrect hearing date and/or time.

☐ Incorrect hearing location.

☐ Not properly signed and/or dated.

☐ Objection/response deadline is not included or is incorrect.

☐ Incorrect matter referenced.

☑ Other: Hearing must be scheduled as a definite hearing.

Please file an Amended Notice of Hearing and a Certificate of Service within three (3) working days to cure the above deficiency. A Clerk's Entry has been placed on the docket to indicate an Amended Notice of Hearing will be filed. If you have any questions, please contact the Clerk's office.

Date: January 14, 2026

Edward A. Takara, Clerk

By: **Rose Jones**
Deputy Clerk