# Notice Recipients

District/Off: 0536–5          User: admin               Date Created: 1/14/2026
Case: 25–11051               Form ID: pdf8             Total: 5

**Recipients of Notice of Electronic Filing:**
ust         Office of U. S. Trustee          USTPRegion05.SH.ECF@usdoj.gov
tr          John W. Luster          luster_jbr@bellsouth.net
aty         Thomas R. Willson          rocky@rockywillsonlaw.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Claiborne Automotive Group, LLC          3117 W. 70th Street          Shreveport, LA 71108
cr          Lawrence Vaughn          133 Railroad Avenue          Mangham, LA 71259

                                                                    TOTAL: 2