Label Matrix for local noticing
0536-5
Case 25-11051
Western District of Louisiana
Shreveport
Mon Feb  2 16:16:54 CST 2026

3-D Contracting Corp.
15004 Hwy 371 S
Taylor, AR 71861-9621

700 Credit
P.O. Box 101015
Pasadena, CA 91189-0003

ABC Auto Parts
P.O. Box 3688
Longview, TX 75606-3688

AFCO Credit Corporation
c/o Mark J. Chaney, III, Esq.
701 Poydras Street, Suite 4500
New Orleans, LA 70139-7755

AFCO Credit Corporation
c/o Richard Aguilar
Adams and Reese LLP
701 Poydras St., Ste 4500
New Orleans, LA 70139-4596

Adrian Willis
3850 Pearson Street
Arcadia, LA 71001-3226

Advanced Automotive
7161 55th Street North
Saint Paul, MN 55128-1706

Richard A. Aguilar
Adams and Reese LLP
701 Poydras St., Suite 4500
New Orleans, LA 70139-4596

Alldata
P.O. Box 848379
Dallas, TX 75284-8379

Allen Curry
65 Columbia Road 268
Magnolia, AR 71753

Ally Dealer
P.O. Box 9001951
Louisville, KY 40290-1951

Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1951

Amber Lynn Ticheli
708 Carter Road
Downsville, LA 71234-4924

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
PO Box 183853
Arlington, TX 76096-3853

American Tire Distributors
P.O. Box 841780
Dallas, TX 75284-1780

Amy Lowrey
Haughton, LA 71037

Andrew Basciano
725 Edgar Street
Bossier City, LA 71112-3205

Andrew Plunket
6888 Hwy 4
Ringgold, LA 71068-2636

Angel Camp
375 Haynes Drive
Haynesville, LA 71038-4500

Angela Fields
1119 Crouch Street
Bastrop, LA 71220-2009

Ann Humphrey
614 Peach Tree Rd
Dubberly, LA 71024-7212

April Etheridge
143 Gilder Ct.
Pike Road, AL 36064-2796

April Ethridge
143 Gilder Ct
Pike Road, AL 36064-2796

Arbra Butler
9240 Hwy 80
Simsboro, LA 71275-3004

Ashley Casey
616 Goodwill Street
Minden, LA 71055-2424

Ashley Nicole Dodds
168 D. White Road
Haynesville, LA 71038-6447

Audrey Dudley
1103 Drew Lane
Minden, LA 71055-2301

Autum Wafer
2813 Hwy 163
Doyline, LA 71023-3611

| | | |
|---|---|---|
| Bank of America<br>FL9-400-04-16<br>9000 Southside Bldg. 400 4th Floor<br>Jacksonville, FL 32256-0787 | Barksdale Federal Credit Union<br>2701 Village Ln<br>Bossier City, LA 71112-2319 | Barksdale Federal Credit Union<br>c/o Rogers, Carter & Payne<br>4415 Thornhill Avenue Second Floor, Suit<br>Shreveport, LA 71106-1553 |
| Mark A. Begnaud<br>POB 1369<br>Natchitoches, LA 71458-1369 | Betty Ann Bortz<br>1800 Ridge Road<br>Homer, LA 71040-7408 | Betty Johnson<br>11152 Hwy 160<br>Shongaloo, LA 71072-2910 |
| Billie Wyatt<br>143 Henderson Lane<br>Mansfield, LA 71052 | Billy Cross, Jr.<br>919 South Main<br>Homer, LA 71040-3819 | Bobby Morgan<br>302 Aspen Drive<br>Minden, LA 71055 |
| Bradley Glynn Matkin<br>3298 Cedar Grove Rd<br>Robeline, LA 71469-5826 | Bradley Rogers<br>111 Maple Street<br>Homer, LA 71040-3707 | Brandee Bennett<br>934 Palm Street<br>Abilene, TX 79602-2443 |
| Brandee Bennett<br>934 Palm Street<br>Abilene, TX 79602<br>Brandon Dewhart<br>3601 Dee St. # 168<br>Shreveport, LA 71105-2649 | Brandon Dewhart<br>3601 Dee St. # 168<br>Shreveport, LA 71105-2649 | Brenda Curlee<br>1453 Harmon Loop<br>Homer, LA 71040-5813 |
| Brenda Darrett<br>3512 Mackey LN<br>Shreveport, LA 71118-2334 | Brenda Sparks<br>109 Andrews Lane<br>Homer, LA 71040-8643 | Brent Williams<br>566 Claude Cox Rd<br>Shongaloo, LA 71072-2791 |
| Brian Keith Sandlin<br>6947 Fuller Road<br>Cotton Valley, LA 71018-3006 | Briana Lenay Kissie<br>293 Rodeo Drive<br>Frierson, LA 71027-1923 | Brittany Morgan<br>711 Dallas Road<br>Ringgold, LA 71068-2632 |
| Brittany Rupert<br>167 Pierce Lane<br>Haynesville, LA 71038-6668 | C F Biggs<br>P.O. Box 52928<br>Shreveport, LA 71135-2928 | C F Biggs<br>P.O. Box 52928 S<br>hreveport, LA 71135-2928 |
| Caden Long<br>763 Philpot Rd<br>West Monroe, LA 71292-2653 | Calla Jones<br>7003 Hwy 80 #234<br>Ruston, LA 71270-1020 | Calla Jones 7<br>003 Hwy 80 #234<br>Ruston, LA 71270 |
| Campus Federal Credit Union<br>1650 Dallas Dr.<br>Baton Rouge, LA 70806 | Candace Roberson<br>2185 Bridges<br>Arcadia, LA 71001-5351 | Capital One Auto Finance<br>2525 Corporate Place, 2nd Floor<br>Suite 250<br>Monterey Park, CA 91754-7661 |

| | | |
|---|---|---|
| Capital One Auto Finance<br>P.O. Box 744777<br>Atlanta, GA 30374-4777 | Capital Wholesale Group, LLC<br>3600 WQ Marshall Ave<br>Longview, TX 75604-4939 | Car Gurus<br>1001 Boylston St.<br>Boston, MA 02115-1829 |
| Carmedic<br>4521 Hedge Rd<br>Roxana, IL 62084-2735 | Caroline Boyd<br>1746 Church Avenue<br>Haynesville, LA 71038-5431 | Cecily Young<br>428 W 4th Street<br>Homer, LA 71040 |
| Mark J. Chaney III<br>Adams & Reese, LLP<br>701 Poydras St., Suite 4500<br>New Orleans, LA 70139-4596 | Charles Edward<br>215 Childs Road<br>Minden, LA 71055-5967 | Chase Bank<br>4070 Willow Lake Blvd., Suite 2021<br>Memphis, TN 38118-7045 |
| Chase Visa<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Cheryl Dyer<br>235 Lum Miller Rd<br>Shongaloo, LA 71072-2359 | Chloe Deleon<br>5465 Athens Avenue<br>Athens, LA 71003-3001 |
| Chris Townsend<br>622 Manassas Circle<br>Bossier City, LA 71112-4842 | Christy Willis<br>1431 Monroe Ave.<br>Homer, LA 71040-4625 | Cindy Scheer<br>229 Langley Rd<br>Sarepta, LA 71071-3023 |
| Cintas Corp.<br>P.O. Box 650838<br>Dallas, TX 75265-0838 | Claiborne Automotive Group, LLC<br>3117 W. 70th Street<br>Shreveport, LA 71108-4605 | Clinton Hampton<br>157 Wiley Reno Rd<br>Gibsland, LA 71028-4416 |
| Connie Claville<br>757 Gidon Street<br>Shreveport, LA 71106 | Consumer Portfolio Services<br>19500 Jamboree Road<br>Suite 500<br>Irvine, CA 92612-2437 | Coordination Solutions<br>P.O. Box 238<br>Sibley, LA 71073-0238 |
| Credit Acceptance<br>25505 W 12-Mile Road, Suite 3000<br>Southfield, MI 48034-8331 | Crescent Bank & Trust<br>3350 Boyington Dr.<br>Carrollton, TX 75006-5253 | Crow Burlingame<br>P.O. Box 111<br>Little Rock, AR 72203-0111 |
| Crump Oil, Inc.<br>352 Syca,more Street<br>Homer, LA 71040-4523 | Crump Oli, Inc.<br>352 Sycamore Street<br>Homer, LA 71040-4523 | Dana Moore<br>511 Olive<br>Magnolia, AR 71753-3014 |
| Darrell Braggs<br>2320 Beacon Light Rd<br>Ruston, LA 71270-8910 | Darrell Houston<br>108 Douthfield Rd. #133<br>Shreveport, LA 71105 | David Johnson<br>149 Nelson Creek Road<br>Castor, LA 71016-4301 |

| | | |
|---|---|---|
| David Soyle<br>1168 East Road<br>Sarepta, LA 71071-2858 | David Tooke<br>508 Harding Blvd.<br>Mountain View, AR 72560-9279 | Dealerslink, Inc.<br>11001 W. 120th Avenue, Suite 40<br>Broomfield, CO 80021-3494 |
| Debra Walker<br>2421 Fish Hatchery<br>Natchitoches, LA 71457-6503 | Demarcus Smith<br>4033 Martha St.<br>Shreveport, LA 71109-7415 | Derek London<br>155 Richard Hood Rd<br>Arcadia, LA 71001-5423 |
| Don Bryant<br>535 Airport Loop<br>Homer, LA 71040-8609 | Donna Wilson<br>4215 Dellwood Ave.<br>Shreveport, LA 71107-7601 | Dorothy Smith<br>3805 Merwin Street<br>Shreveport, LA 71109-4741 |
| Edward Jones<br>6902 W Canal Blvd<br>Shreveport, LA 71108-4637 | Elizabeth Smith<br>224 Evan Robinson Rd<br>Homer, LA 71040-7432 | Emmanuel Williams<br>201 14th Street<br>Huttig, AR 71747-9527 |
| Erwin Darby<br>37.5 Lillian Street<br>Shreveport, LA 71109 | Exeter<br>P.O. Box 744714<br>Atlanta, GA 30374-4714 | Experian<br>P.O. Box 841971<br>Los Angeles, CA 90084-1971 |
| Fathy Yousef<br>1510 Sara Lane<br>Flint, TX 75762 | FedEx<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | First Investors Financial<br>P.O. Box 745446<br>Atlanta, GA 30374-5446 |
| Flagship Credit Acceptance<br>P.O. Box 3807<br>Coppell, TX 75019-5877 | Flagship Credit Acceptance<br>P.O. Box 744723<br>Atlanta, GA 30374-4723 | Flagship Credit Acceptance<br>P.O. Box 965<br>Chadds Ford, PA 19317-0643 |
| Frances Fowler<br>202 Pine Lake Drive<br>Haughton, LA 71037-9504 | GM Financial<br>2701 Sunset Ridge Dr. Suite 701<br>Rockwall, TX 75032-0243 | GM Financial<br>3801 S. Collins Street<br>Arlington, TX 76014-4122 |
| GM Financial<br>801 Cherry Street<br>Suite 3600<br>Fort Worth, TX 76102-6855 | GM Financial<br>P.O. Box 182974<br>Arlington, TX 76096-2974 | Genevaylon Amos<br>278 Malone Road<br>Arcadia, LA 71001-5072 |
| George Woodcock<br>622 Manassas Circle<br>Bossier City, LA 71112-4842 | Georgia McBride<br>109 B Pine Valley<br>Magnolia, AR 71753-3756 | Gertie Duke<br>278 Dansby Road<br>Athens, LA 71003-4004 |

| | | |
|---|---|---|
| Gibsland Bank & Trust<br>P.O. Box 180<br>Gibsland, LA 71028-0180 | Glenn Kientz<br>1303 Violet Ave.<br>Bossier City, LA 71112-4635 | (p)GLOBAL LENDING SERVICES LLC<br>1200 BROOKFIELD BLVD STE 300<br>GREENVILLE SC 29607-6583 |
| Global Lending<br>P.O. Box 970<br>Wilmington, OH 45177-0970 | Global Lending Solutions<br>P.O. Box 744720<br>Atlanta, GA 30374-4720 | Go-Fi LLC<br>P.O. Box 29002<br>Phoenix, AX 85038-9002 |
| Gordon's Towing<br>4026 Harris Rd.<br>Homer, LA 71040-5312 | Great America Financial<br>625 First St. SE<br>Cedar Rapids, IA 52401-2031 | Great America Leasing Co<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| Heberts Town and Country<br>1155 East Bert Kouns Ind. Loop<br>Shreveport, LA 71105 | Helen Hayes<br>147 Helen Johnson Road<br>Summerfield, LA 71079-7973 | Heriberto Molina Reyes<br>1305 Hwy 537<br>Plain Dealing, LA 71064-3921 |
| Heritage Crystal Clean LLC<br>13621 Collections Center Dr.<br>Chicago, IL 60693-0001 | Hodges & Wreyford<br>920 Pierremont Dr.<br>Shreveport, LA 71106-2079 | Homenet<br>P.O. Box 935242<br>Atlanta, GA 31193-5242 |
| Homer Electric Co.<br>P.O. Box 118<br>Homer, LA 71040-0118 | Huey Dyess, Jr.<br>524 Deerwood Lane<br>Haughton, LA 71037 | Hyundai Capital America d/b/a Kia Motors Fin<br>P.O. Box 20825<br>Fountain Valley, CA 92728-0825 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS Memphis,<br>TN 37501-0001 |
| JPS Ford<br>224 Gap Farms Road<br>Arcadia, LA 71001-5227 | Jack Owens<br>166 Pine Street<br>Ruston, LA 71270-8584 | Jacob Tinsley<br>5336 Harris Road<br>Homer, LA 71040-5374 |
| Jalisa Mosby<br>1583 Greer Road<br>Haynesville, LA 71038-5019 | James Carwile<br>1642 Hwy 200<br>Rosston, AR 71858-8916 | James Culverhouse<br>1702 Evans St.<br>Marshall, TX 75670-8242 |
| James Kearby Aldridge<br>9105 Southwood Street<br>Shreveport, LA 71118-3020 | James Randle Cottrell, Jr.<br>1312 Reed Street<br>Haynesville, LA 71038-5904 | Jamison Maynor<br>806 Spring Street<br>Springhill, LA 71075-2538 |

| | | |
|---|---|---|
| Janite Sledge<br>1123 S West Avenue<br>El Dorado, AR 71730-7442 | Jarrod Williams<br>1609 Ringgold Avenue<br>Coushatta, LA 71019-9084 | Jeremiah Larue<br>154 Bellavista Loop<br>Homer, LA 71040-6817 |
| Jeremy Cooper<br>738 Hwy 802<br>Sarepta, LA 71071-2926 | Jeremy Wells<br>1254 Fish Hatchery Road<br>Natchitoches, LA 71457 | Jerrie Jenkins<br>203 Brandon Lane<br>El Dorado, AR 71730-8005 |
| Jerry Dunn, Jr.<br>918 Main Street<br>Homer, LA 71040-3812 | Jessica Casey<br>1711 Camp Avenue<br>Haynesville, LA 71038-5801 | Jessica N, Webb<br>114 Jefferson Street<br>Homer, LA 71040 |
| JoAnna Cottrell<br>1338 Main Street<br>Haynesville, LA 71038-5920 | Jodi Avant<br>5778 Hwy 80<br>Princeton, LA 71067 | Joe Thompson<br>755 Liberty Hill Rd.<br>Homer, LA 71040-8345 |
| John Dobson Maynor<br>219 Doves Rest<br>Homer, LA 71040-7449 | John Lewis<br>1411 Mark Ave<br>Bossier City, LA 71112-3021 | John Lofton<br>296 Webb Lofton Road<br>Dubberly, LA 71024-2016 |
| John Norful<br>405 S Plum<br>Junction City, AR 71749 | Johniece Whitehead<br>5391 Hwy 2<br>Sarepta, LA 71071-3407 | Joseph Dennis<br>1980 Columbia Rd #11 E<br>Magnolia, AR 71753-9130 |
| Joseph Dubose<br>2425 Walnut Road<br>Sarepta, LA 71071-2488 | Joshua Nix<br>1225 Hwy 128<br>Sparkman, AR 71763-8664 | Juanita Turner<br>2905 Meadow Avenue<br>Shreveport, LA 71108-3740 |
| Julius King<br>125 Regina Drive<br>West Monroe, LA 71292-3377 | Julius Walker<br>232 Airport Loop<br>Homerse, LA 71040-8602 | Justin King<br>125 Regina Dr.<br>West Monroe, LA 71292-3377 |
| Justin Marcum<br>127 County Rd 3131<br>De Berry, TX 75639-2428 | Jylon Amir Fields<br>1792 Thomas Street<br>Marion, LA 71260-3610 | KRC Custom Manufacturing, Inc.<br>1830 White Oak Raod<br>Homer, LA 71040-8200 |
| Kacee Manuel<br>1235 Johnson Rd<br>Doyline, LA 71023-3259 | Karolin Harper<br>159 Franklin Estates<br>Homer, LA 71040-7401 | Kassidy Staten<br>549 Harvey Ave<br>Sterlington, LA 71280-3361 |

| | | |
|---|---|---|
| Kathleen Bonner<br>2083 38th St<br>Mandan, ND 58554-6107 | Kathy Todd<br>1103 Frew Lane<br>Minden, LA 71055 | Kedrick Walter<br>1111 Arlington Street<br>Ruston, LA 71270-5647 |
| Keiahara Green<br>1499 Springlake Road<br>Homer, LA 71040-5925 | Kelsey Pearson<br>4885 FM 726 South<br>Gilmer, TX 75645-7192 | Kenya McNea<br>411 Railroad Street<br>Bernice, LA 71222-5133 |
| Kevin Cheatham<br>1957 Mill St.<br>Haynesville, LA 71038-5610 | Kevin McCourt<br>11867 Homeport Dr.<br>Maurepas, LA 70449-3039 | Kimberly Ann Martin<br>1276 Goodwill Road<br>Minden, LA 71055-7716 |
| Kimberly Hall<br>104 E Pine St.<br>Taylor, AR 71861-9252 | Kimberly Patten<br>5969 Hwy 154<br>Jamestown, LA 71045-4503 | Kristi London<br>155 Richard Hood Rd.<br>Arcadia, LA 71001-5423 |
| LaFrederick Hill<br>513 Baker Street<br>Monroe, LA 71203-4401 | LaShawn Abbott<br>610 E. 4th Street<br>Homer, LA 71040-3530 | LaTonya Baker<br>1957 Beech Street<br>Arcadia, LA 71001-6813 |
| Laken Bernard<br>631 W 3rd St.<br>Homer, LA 71040-3215 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | Larry Norwood<br>752 Beverly Drive<br>Homer, LA 71040-3002 |
| Lawrence Vaughn<br>133 Railroad Ave.<br>Mangham, LA 71259-5013 | LeQurisha Hill Lorey<br>1415 Airport Loop<br>Homer, LA 71040-8627 | Leaf<br>629 Putney Rd<br>Brattleboro, VT 05301-9044 |
| Lester Scott<br>118 Emma Rd<br>Minden, LA 71055-8092 | Letrell Johnson<br>9351 Poppy Circle<br>Shreveport, LA 71118-3213 | Letrell Johnson<br>9351 Poppy Circle S<br>hreveport, LA 71118-3213 |
| Lexus of Shreveport<br>2901 Benton Rd.<br>Bossier City, LA 71111-2313 | Lexus of Shreveport<br>2901 Benton Rd.<br>ossier City, LA 71111-2313 | Lillian Aldridge<br>606 Maplewood Drive<br>Bossier City, LA 71111-6147 |
| Linda Bailey<br>6989 Hwy. 9<br>Homer, LA 71040-7751 | Lloyd Watkins<br>5920 Southern Avenue<br>Shreveport, LA 71106-1930 | Louisiana Department of Revenue and Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |

| | | |
|---|---|---|
| Louisiana Dept of Revenue & Taxation<br>Bankruptcy Section<br>P.O. Box 201<br>Baton Rouge, LA 70821-0201 | Lucretia Dunn<br>1804 Carters Ferry<br>Marshall, TX 75670-6529 | (p)JOHN W LUSTER<br>P O BOX 488<br>NATCHITOCHES LA 71458-0488 |
| Marcia Pritchett<br>775 Evangeline Drive<br>Arcadia, LA 71001-6555 | Marilyn McNeal<br>664 Springlake Road<br>Homer, LA 71040-5904 | Martin and McKee<br>5136 Hwy 79<br>Homer, LA 71040-2016 |
| Marvin Capers<br>406 Carter Drive<br>Homer, LA 71040-5003 | Mary Applewhite<br>826 Zion Drive<br>Haynesville, LA 71038-5412 | Mary Peterson<br>245 E Eagan Street<br>Shreveport, LA 71101-5105 |
| McCauley Services<br>P.O. Box 60<br>Bryant, AR 72089-0060 | Melissa Neilson<br>110 South Perrin St.<br>Plain Dealing, LA 71064-4293 | Christopher D. Meyer<br>Burr & Forman LLP<br>190 E. Capital Street, Suite M-100<br>Jackson, MS 39201-2149 |
| Michael Aho<br>1702 S L St.<br>Tacoma, WA 98405-3960 | Michael Braswell<br>8755 Magnolia Hwy<br>El Dorado, AR 71730-8551 | Michael Rudd<br>509 Burgessville Road<br>Ruston, LA 71270-5073 |
| Michelle Green<br>230 Tidwell Street<br>Stephens, AR 71764-8354 | Mighty Auto Parts<br>P.O. Box 921<br>Olla, LA 71465-0921 | Mitchell Wayne Branch<br>1905 Honeytree Trail<br>Haughton, LA 71037-9433 |
| Mitchell Wayne Brancj=h<br>1905 Honeytree Trail<br>Haughton, LA 71037-9433 | Morgan Briggs<br>411 Old Town Road<br>Haynesville, LA 71038-7158 | Seth Moyers<br>Wiener, Weiss & Madison<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 |
| Myshundra L. Eleam<br>538 Woodhave Drive<br>Monroe, LA 71203-2200 | Natashia Mitchell<br>8709 Yancy Place<br>Shreveport, LA 71108-6029 | Nathan Hammett<br>7079 Hwy 154<br>Jamestown, LA 71045-5573 |
| Nathaniel Jackson<br>222 Johnson Street<br>Haughton, LA 71037-8783 | National Credit Center<br>P.O. Box 740285<br>Los Angeles, CA 90074-0285 | Noelle Moore<br>682 Arizona Road<br>Homer, LA 71040-8650 |
| Norah Banks, Jr.<br>1882 Hwy 520<br>Homer, LA 71040-5200 | Ntiva<br>7900 Westpark Dr., Suite A100<br>Mc Lean, VA 22102-4275 | Omega Entertainment<br>P.O. Box 2093<br>Ruston, LA 71273-2093 |

| | | |
|---|---|---|
| Pamela Sue Ratliff<br>710 N. Acres Lane<br>Springhill, LA 71075-2133 | Patricia Collins<br>168 Collins Road<br>Jena, LA 71342-5797 | Paul Pitts, Jr.<br>1569 Mt. Sinai Road<br>Haynesville, LA 71038-6649 |
| Peter Carter<br>1037 Pilgrim Rest Rd.<br>Doyline, LA 71023-3021 | Peyton Peevy<br>706 Nella Street<br>Minden, LA 71055-3041 | Phillip Dison<br>248 Proctor Road<br>Spearsville, LA 71277-3622 |
| Pitney Bowes Global Finance<br>P.O. Box 981022<br>Boston, MA 02298-1022 | Quincy Turner<br>2129 Henderson Lane<br>Haynesville, LA 71038-5612 | Quinton Wade<br>1302 Jefferson Street<br>Homer, LA 71040-4214 |
| Ramona Hanson<br>623 Airport Loop<br>Homer, LA 71040-8611 | Raven Allen<br>12100 Hwy 518<br>Lisbon, LA 71048 | Rayfield R. Jones<br>2161 Burson Road<br>Heflin, LA 71039-3647 |
| Reagan Stanford<br>154 Bellavista Loop<br>Homer, LA 71040-6817 | Red Peach Radio<br>P.O. Box 430<br>Ruston, LA 71273-0430 | Reece Horton<br>164 Malone Rd.<br>Plain Dealing, LA 71064-3926 |
| Regional Acceptance Corp<br>P.O. Box 580226<br>Charlotte, NC 28289-0001 | Regional Acceptance Corp<br>P.O. Box 744773<br>Atlanta, GA 30374-4773 | Reyna Capital Corporation<br>P.O. Box 674275<br>Dallas, TX 75267-4275 |
| Reynolds & Reynolds<br>P O Box 182206<br>Columbus, OH 43218-2206 | Richard Allums<br>104 Country Lane<br>Coushatta, LA 71019-7055 | Richard Brazzel<br>504 Silmon Road<br>Downsville, LA 71234-4512 |
| Richard Shannon Jones<br>4713 Old Brownlee Road<br>Bossier City, LA 71111-6505 | Rita Mathews<br>510 Eugene garrett<br>Winnfield, LA 71483-5108 | Robert Dowling<br>10573 Hwy 80<br>Simsboro, LA 71275-3449 |
| Roger Honeycut<br>539 Airport Loop<br>Homer, LA 71040-8609 | Ronnie Walker<br>229 Oil Mill Street<br>Homer, LA 71040-4516 | Roytavious Drake<br>283 Lewis Way Ln<br>Homer, LA 71040-5903 |
| Russell Cummings<br>8633 Hwy 371<br>Sibley, LA 71073-2521 | Russell Self<br>6277 Bain Blvd.<br>Keithville, LA 71047-7962 | Shakeyshia Patterson<br>148 Madden Road<br>Arcadia, LA 71001-4702 |

| | | |
|---|---|---|
| Shane McKenzie<br>336+ Smith Loop<br>Sarepta, LA 71071-3004 | Shaniecia Fields<br>5610 Buncombe Rd.<br>Apt 903<br>Shreveport, LA 71129-3617 | Shanika Harris<br>118 Mallard Fuller Dr.<br>Minden, LA 71055-4506 |
| Sharon Kearney<br>183 Waddey Street<br>Sarepta, LA 71071-3238 | Shawanda Debose<br>1100 Goodman Street<br>Plain Dealing, LA 71064-3414 | Shawn Alan Kotal<br>4908 General Rusk Road<br>Bossier City, LA 71112-4760 |
| Shayna Thomas<br>1303 Howard St.<br>Minden, LA 71055-2029 | Sincro LLC<br>25455 Network Place<br>Chicago, IL 60673-1254 | Sky Jones<br>406 Foxtrot<br>Mansfield, LA 71052 |
| Smart Autocare<br>P.O. Box 852770<br>Richardson, TX 75085-2770 | Southern Vehicle Accessories<br>3175 Satellite Blvd. #340<br>Duluth, GA 30096-9018 | Specmo Enterprise<br>1200 East Avis<br>Madison Heights, MI 48071-1507 |
| Stacey Henry<br>8830 Stonelake<br>Shreveport, LA 71108-6020 | Stacy Gilmore<br>2752 Hwy 615<br>Haynesville, LA 71038-7308 | Stacy Willis<br>533 Natural Gas Road<br>Logansport, LA 71049-2385 |
| State of Louisiana, Department of Labor<br>Delinquent Accounts Unit,UI Tech Support<br>1001 North 23rd Street, Room 322<br>Baton Rouge, LA 70802-3338 | Stephen Gleason<br>355 Graham Rd.<br>Simsboro, LA 71275-3334 | Steven Kennedy<br>3985 Langham West Road<br>Orange, TX 77630-4806 |
| Strictly Results Marketing<br>14035 Waterstone Drive<br>Riverview, FL 33578 | Superior Automotive, LLC<br>4303 Hwy. 19<br>Zachary, LA 70791-3911 | Susan Herring<br>231 North Main Street<br>Homer, LA 71040-4009 |
| TD Auto Finance<br>P.O. Box 744993<br>Atlanta, GA 30374-4993 | TD Auto Finance<br>P.O. Box 9218<br>Farmington, MI 48333-9218 | Tamika Waller<br>8160 Hwy. 534<br>Haynesville, LA 71038-5039 |
| Target Glass<br>P.O. Box 21<br>Homer, LA 71040-0021 | Taylor Pate<br>1727 McCullin Road<br>Dubach, LA 71235-2725 | Teddy Fincher<br>16493 Hwy 151<br>Arcadia, LA 71001-5209 |
| Teddy Fincher<br>1727 McCullin Road<br>Dubach, LA 71235-2725 | Teresa Murray<br>510 Torbert Drive<br>Homer, LA 71040-3728 | Teri Waganer<br>410 Bream Island Rd.<br>Homer, LA 71040-6879 |

Terraboost Media
2232 Dell Range Blvd
Suite 202
Cheyenne, WY 82009-4942

Terrance Ivory
123 Cypress Street
Bernice, LA 71222-4058

Terri Tommer
6800 Hwy 79
Haynesville, LA 71038-7506

Terri Tommer
6800 Hwy 79 H
aynesville, LA 71038

Terrie McGee
272 Hearn Road
Shongaloo, LA 71072-2777

Terry Cheatham
1957 Mill St
Haynesville, LA 71038-5610

Terry Richard
445 Ervin Cotton Road
Eros, LA 71238-9380

Text2drive
2035 Lakeside Centre Way
Suite 100
Knoxville, TN 37922-6593

The Leviton Law Firm
One Pierce Place, Suite 725 W
Itasca, IL 60143-1234

Thomas Bursey
18922 Hwy 2
Homer, LA 71040-7314

Thomas G. Martin
3117 West 70th Street
Shreveport, LA 71108-4605

Thomas McKnight
2469 Dawson W
Haynesville, LA 71038-5309

Tirehub
29778 Network Place
Chicago, IL 60673-1297

Tommy Austin
132 Meadows Lane
Homer, LA 71040-5214

Toriano Lewis
503 Elm Street
Bernice, LA 71222-4074

Town of Haynesville
1711 Main Street
Haynesville, LA 71038-5001

Travelle Mitchell
4025 Golf Links Blvd.
Shreveport, LA 71109-5000

Trenton Thompson
706 Nella Street
Minden, LA 71055-3041

Tyler Kearney
2561 Jack Martin Road
Minden, LA 71055-6347

Tyler Langley
501 Herrington Rd. #14
Springhill, LA 71075-2209

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

Unifirst Holdings
P.O. Box 650481
Dallas, TX 75265-0481

VIN Solutions
P.O. Box 935595
Atlanta, GA 31193-5595

Venson Drew
1694 Richardson Loop
Homer, LA 71040-8432

Vera
200 N Fredonia Street
Longview, TX 75601-7209

Vera Bank
200 N Fredonia Street
Longview, TX 75601-7209

Vera Bank
P.O. Box 1009
Henderson, TX 75653-1009

Vera Bank, N.A
P.O. Box 1009
Henderson, TX 75653-1009

Vera Bank, National Association
c/o Mark A. Begnaud
McCoy Roberts & Begnaud, Ltd.
PO Box 1369
Natchitoches, LA 71458-1369

VeraBank, National Association
107 Market Square Blvd.
Tyler, TX 75703-8024

| | | |
|---|---|---|
| Vicki Crew<br>939 MLK Street<br>Homer, LA 71040 | Virgina B. McDonald<br>3671 Park Drive<br>Haynesville, LA 71038-6225 | Vivian Moffett<br>1404 Pearl Street<br>Homer, LA 71040-4630 |
| Wells Fargo<br>P.O. Box 842840<br>Los Angeles, CA 90084-2840 | Whites Distributing<br>404 Underwood Street<br>Farmerville, LA 71241-2432 | Wholesale Remarketing<br>2421 1st Avenue South<br>Billings, MT 59101 |
| Wiener, Weiss & Madison, APC<br>c/o Seth M. Moyers<br>330 Marshall Street, Suite 1000<br>Shreveport, LA 71101-3016 | Thomas R. Willson<br>Rocky Willson<br>Attorney & Counselor at Law<br>1330 Jackson Street<br>Alexandria, LA 71301-6929 | Yellow Rose Auto Keys<br>807 Booth Dr.<br>Shreveport, LA 71107-3903 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Global Lending<br>P.O. Box 935538<br>Atlanta, GA 31193 | IRS<br>Memphis, TN 37501 |
| (d)Internal Revenue Service<br>P.O. Box 1214<br>Charlotte, NC 28201-1214 | John W. Luster<br>P.O. Box 488<br>Natchitoches, LA 71458-0488 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AFCO CREDIT CORPORATION | (d)Chase Visa Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | (d)Cindy Scheer<br>229 Langley Rd.<br>Sarepta, LA 71071-3023 |
| (u)General Motors Franchise Agreement | (u)Gibsland Bank & Trust | (u)John Patrick Campbell, III<br>4303 Hwy. 19 |
| (d)Laken Bernard<br>631 W 3rd Street<br>Homer, LA 71040-3215 | (d)McCauley Services<br>PO BOX 60<br>Bryant, AR 72089-0060 | (d)Reynolds & Reynolds<br>P.O. Box 182206<br>Columbus, OH 43218-2206 |

| | | |
|---|---|---|
| (d)Shaniecia Fields<br>5610 Buncombe Rd. Apt 903<br>Shreveport, LA 71129-3617 | (d)Lawrence Vaughn<br>133 Railroad Avenue<br>Mangham, LA 71259-5013 | (u)Zachary, LA 70791 |

**End of Label Matrix**
**Mailable recipients** 338
**Bypassed recipients** 12
**Total** 350