UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IN RE | CASE NO. 25-11051 |
| CLAIBORNE AUTOMOTIVE GROUP, LLC | CHAPTER 7 |
|     DEBTOR | |

EX PARTE APPLICATION FOR APPOINTMENT
 OF ATTORNEY FOR TRUSTEE 

TO THE HONORABLE BANKRUPTCY JUDGE:

The application of John W. Luster, duly appointed, qualified and acting Trustee in Bankruptcy of the above named debtor respectfully represents:

**Jurisdiction and Venue**

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2.

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

The statutory basis for relief is 11 U.S.C. §327(a).

**Background**

4.

That in the administration of the estate of the aforesaid debtor and in the performance of his duties as Trustee, it is necessary and in the best interests of the estate for applicant to employ counsel to assist the trustee in liquidating assets of the estate through auction, and any other matters the trustee deems necessary.

5.

That your applicant desires generally to retain John W. Luster, Attorney at Law, as counsel to assist and to represent him in his capacity as Trustee for the reason that your applicant believes him to be well qualified to act as his counsel in this matter; that he is duly licensed to practice before the United States Bankruptcy Court of this District; that he is well qualified and well experienced to act in the capacity of attorney for your applicant. Counsel's hourly rate is $390.00 an hour.

6.

That said attorney is a disinterested person that does not hold or represent an interest adverse to the estate and that has not served as an examiner in the case; that he has no connection with the United States Trustee or any employee of the Office of United States Trustee other than his membership on the Chapter Seven Panel of Trustees; said attorney shall not, while employed by applicant, represent a creditor in connection with the case; and that his employment as attorney will be in the best interests of this estate.

7.

That said attorney for trustee shall keep separate and distinct time records for all services performed as trustee and all services performed as attorney for trustee.

**Relief Requested**

8.

John W. Luster, Trustee, is requesting authority to employ John W. Luster, as his attorney under a general retainer and that the compensation of the attorney shall be fixed and paid as an expense of administration.

WHEREFORE, your applicant prays that he be authorized to employ and appoint the said John W. Luster, Attorney at Law, as his attorney and general counsel to represent and assist applicant in this proceeding.

/s/ John W. Luster
JOHN W. LUSTER, TRUSTEE
P. O. Box 488
1120 Williams Avenue
Natchitoches, LA 71458-0488
Telephone: (318) 352-3602
Facsimile: (318) 352-3608
Email: luster_j@bellsouth.net

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IN RE | CASE NO. 25-11051 |
| CLAIBORNE AUTOMOTIVE GROUP, LLC | CHAPTER 7 |
|     DEBTOR | |

*************************************************************************

STATE OF LOUISIANA

PARISH OF NATCHITOCHES

    The undersigned, being first duly sworn on oath states that he is the same person as the person named in the foregoing Application of John W. Luster, Trustee herein, and that he is an attorney and counselor at law of this State and has been duly admitted to practice in the United States Bankruptcy Court of this District. Affiant further states that he is a disinterested person and neither holds nor represents any adverse interest to the Trustee or the estate, and further states that he has not served as examiner in this case. Affiant further states that he is not employed by or connected with said Debtors or with any person having an interest adverse to said Debtors. Affiant further states that he shall not, while employed by the Trustee, represent any creditor in connection with the case. Affiant further states that he has no connection with the United States Trustee or any employee of the Office of United States Trustee other than his membership on the Chapter Seven Panel of Trustees.

                                                          /s/ John W. Luster
                                                         JOHN W. LUSTER, ATTORNEY AT LAW

    SWORN TO AND SUBSCRIBED before me, this 5th day of March, 2026, at Natchitoches, Louisiana.

                              /s/ Ellen Lee Tucker
                              ELLEN LEE TUCKER
                              Notary Public
                              Notary No. 059318
                              My Commission Expires: At Death

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| IN RE | CASE NO. 25-11051 |
| CLAIBORNE AUTOMOTIVE GROUP, LLC | CHAPTER 7 |
|     DEBTOR | |

CERTIFICATE OF SERVICE

      I hereby certify that on March 5, 2026, an Ex Parte Application for Appointment of Attorney for Trustee and Affidavit were filed using the court's CM/ECF system which generated a "Notice of Electronic Filing" indicating that it was transmitted to the filing party and all registered users of the CM/ECF system having appeared in the case in which the filing is made. Pursuant to LBR 9013-1, transmission of the Notice of Electronic Filing to a registered user via the CM/ECF system constitutes service of the pleading or other document.

Richard A. Aguilar    richard.aguilar@arlaw.com, annie.parish@arlaw.com
Mark A. Begnaud    mbegnaud@mrbfirm.com, bbrunson@mrbfirm.com;sbolton@mrbfirm.com
Mark J. Chaney    mark.chaney@arlaw.com, annie.parish@arlaw.com
John W. Luster    luster_jbr@bellsouth.net, LA29@ecfcbis.com
Christopher D. Meyer    cmeyer@burr.com; cmccann@burr.com; sberry@burr.com; kpitts@burr.com; NDBKFL@burr.com
Seth Moyers    smoyers@wwmlaw.com, ekraemer@wwmlaw.com
Kevin J. Payne    bknotice@rogerscarterlaw.com
Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
Thomas R. Willson    rocky@rockywillsonlaw.com

      I further certify that on March 5, 2026, a copy of the Ex Parte Application for Appointment of Attorney for Trustee and Affidavit was sent to the Office of the U. S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101 by placing same in the United States mail service postage paid and properly addressed.

                                          /s/ Ellen L, Tucker
                                          ELLEN L. TUCKER